DANIEL E. PARK, State Bar No. 174524
dpark@lurieparklawfirm.com
SHAHRAM A. SHAYESTEH, State Bar No. 209775
sas@lurieparklawfirm.com
EDWARD KANG, State Bar No. 237751
edward@lurieparklawfirm.com
LISA M. LAWRENCE, State Bar No. 240275
lisa@lurieparklawfirm.com
ALICE WANG, State Bar No. 270972
alice@lurieparklawfirm.com
**LURIE & PARK**
16501 Ventura Boulevard, Suite 620
Encino, California 91423
Telephone: (818) 949-6000
Facsimile: (818) 479-9958
Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 4 2010
3:10
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RAYMOND KELLY, an individual;
SCOTT WILLCOX, an individual;
DON SHARRIO, an individual; JARED
DEGROOT, an individual, on their own
behalves and on behalf of all others
similarly situated;

        Plaintiffs,

  vs.

GATEWAY, INC., a Delaware
corporation; and DOES 1 through 100;

        Defendants.

CASE NO. SACV10-1563-JST (JEMx)

**CLASS ACTION COMPLAINT**

1. Violations of California Civil Code §§ 1770 et seq.
2. Violations of California Business & Professions Code §§ 17200 et seq.
3. Violations of California Civil Code §§ 1792 et seq.
4. Strict Liability

**DEMAND FOR JURY TRIAL**

## THE PARTIES

1.    Plaintiff RAYMOND KELLY is an individual who resides in Gloucester County in the State of New Jersey.

LURIE & PARK LLP

1

CLASS ACTION COMPLAINT

2.      Plaintiff SCOTT WILLCOX is an individual who resides in Tarrant County in the State of Texas.

3.      Plaintiff DON SHARRIO is an individual who resides in Rockingham County in the State of New Hampshire.

4.      Plaintiff JARED DEGROOT is an individual who resides in Morgan County in the State of Illinois.

5.      Defendant GATEWAY, INC. ("Gateway") is a Delaware Corporation with its principal place of business at 7565 Irvine Center Drive, Irvine, CA 92618.

6.      The true names or capacities of Defendants DOES 1 through 100, inclusive, are unknown to Plaintiffs who therefore sue said Defendants by such fictitious names.  Plaintiffs are informed and believe and thereon allege that each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings herein referred to and intentionally, negligently, or in some other manner was the legal cause of the injuries and damages sustained by Plaintiffs as alleged herein.  Plaintiffs will seek leave to amend this Complaint when the true names and capacity of these Defendants have been ascertained, along with appropriate additional allegations as may be required.

7.      Plaintiffs are informed and believe and based thereon allege that, at all times relevant to this Complaint, Defendants, and each of them, were the agents, servants, and employees of each of their Co-Defendants and in doing the things hereinafter alleged, Defendants, and each of them, were acting in the course and scope of their relationship as such agents, servants, and employees, and with the permission, consent, knowledge, and/or ratification of their Co-Defendants, principals, and employers.

## JURISDICTION AND VENUE

8.      The Court has jurisdiction over this action under the Class Action Fairness Act, 28 U.S.C. § 1332(d). The aggregated claims of the individual Class members exceed the sum or value of $5,000,000, exclusive of interests and costs, and this is a class action in which more than two-thirds of the proposed plaintiff

class, on the one hand, and Gateway, on the other hand, are citizens of different states.

9.     This Court has jurisdiction over Gateway because Gateway maintains its principal headquarters in California, is registered to conduct business in California, has sufficient minimum contacts in California, or otherwise intentionally avails itself of the markets within California through the promotion, sale, marketing and distribution of its vehicles to render the exercise of jurisdiction by this Court proper and necessary.  Moreover, Gateway's wrongful conduct (as described herein) emanates from California and foreseeably affects consumers in California.  Most of the events complained of herein occurred in or emanated from Gateway's corporate headquarters in Irvine, California.

10.     Venue is proper in this District under 28 U.S.C. section 1391(a) because Gateway resides in this District and a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this District.

### GENERAL ALLEGATIONS

11.     Gateway markets, distributes, and warrants the Gateway LX6810 desktop computer in the United States, including the Commonwealth of Puerto Rico, U.S. Virgin Islands, and Guam.

12.     The Gateway LX6810 desktop computer is equipped with a cooling fan that is intended and designed to cool the computer's central processing unit (CPU) and prevent overheating of the CPU.  If the CPU overheats, it causes the computer to freeze, crash, or shut down completely, rendering the computer inoperable and causing the user to lose data and/or work product.  It is not reasonably foreseeable or customary in the computer industry for a computer to overheat under normal operating conditions and become inoperable.

13.     The Gateway LX6810 desktop computer is inherently defective in that it overheats under normal operating conditions and thereby freezes, crashes or shuts down, causing its user to lose time, data, and/or work product.  This occurs because its cooling fan does not sufficiently cool its CPU and/or component parts.

LURIE & PARK LLP

3

1   Purchasers of the Gateway LX6810 desktop computer are therefore deprived of the

2   benefit of their bargain and forced to endure a computer that randomly freezes,

3   crashes, or shuts down, causing them to lose time, data, and/or work product.

4       14.     Typically, the Gateway LX6810 desktop computer's defective

5   cooling system begins to manifest itself within only a few months of the beginning

6   of its use. Gateway's failure to repair the this cooling system defect and/or issue a

7   recall harms Plaintiffs and the Class by forcing them to incur out-of-pocket costs

8   and time attempting to resolve this cooling system defect.

9       15.     To illustrate the depth of this problem, Gateway's own website,

10  where its product is displayed for retail sale directly to consumers, is replete with

11  complaints by purchasers of the Gateway LX6810 desktop computer. Purchasers

12  all report the same problem, that their Gateway LX6810 desktop computer is

13  overheating, freezing, and/or shutting down unexpectedly due to the failure of the

14  cooling system. *Attached as Exhibit "A" hereto is a copy of a printout from the*

15  *"Customer Reviews" section of the Gateway LX6810 desktop computer page on*

    *Gateway's website at:  http://www.gateway.com/systems/product/529668232.php.*

16      16.     Purchasers of the Gateway LX6810 desktop computer have posted

17  comments on blogs and other internet sites complaining about the failure of the

18  cooling system. Attached as Exhibit "B" hereto are copies of printouts from

19  customer reviews of the *Gateway LX6810 desktop computer on Cnet.com.*

20      17.     Although Gateway now knows that the Gateway LX6810 desktop

21  computer has a defective cooling system, Gateway continues to market and sell the

22  Gateway LX6810 desktop computer in its current defective design.  Gateway also

23  refuses to recall the Gateway LX6810 desktop computer or permanently repair the

24  defective cooling system at its own expense.

25      18.     As a result of Gateway's practices, Plaintiffs and Class members have

26  purchased a computer they otherwise would not have purchased, paid more for a

27  computer than they otherwise would have paid, have been subjected to the loss of

28  time and expense of dealing with a defective product, and have unnecessarily paid

1  and will continue to pay repair costs to resolve the Gateway LX6810 desktop

2  computer's defective cooling system.

3  ### PLAINTIFFS' EXPERIENCES

4  19.   On March 17, 2009, Plaintiff RAYMOND KELLY purchased a

5  Gateway LX6810 desktop computer from Best Buy in Deptford, New Jersey for

6  $779.99 and $54.59 tax.

7  20.   On or about June 2009, Plaintiff RAYMOND KELLY began to

8  experience failures with his Gateway LX6810 desktop computer as a result of the

9  computer overheating and freezing or completely shutting down.

10  21.   In March 2009, Plaintiff SCOTT WILLCOX purchased a Gateway

11  LX6810 desktop computer from Best Buy in Hurst, Texas for $779.99 and $64.35

12  tax.

13  22.   On or about September 2009, Plaintiff SCOTT WILLCOX began to

14  experience failures with his Gateway LX6810 desktop computer as a result of the

15  computer overheating and freezing or completely shutting down.

16  23.   On June 19, 2009, Plaintiff DON SHARRIO purchased a Gateway

17  LX6810 desktop computer from Best Buy in Newington, New Hampshire for

18  $659.99 and no tax.

19  24.   On or about September 2009, Plaintiff DON SHARRIO began to

20  experience failures with his Gateway LX6810 desktop computer as a result of the

21  computer overheating and freezing or completely shutting down.

22  25.   On or about March 2009, Plaintiff JARED DEGROOT purchased a

23  Gateway LX6810 desktop computer from Best Buy in Springfield, Illinois for

24  $1,100 and $77 tax.

25  26.   On or about September 2009, Plaintiff JARED DEGROOT began to

26  experience failures with his Gateway LX6810 desktop computer as a result of the

27  computer overheating and freezing or completely shutting down.

28  ### CLASS ACTION ALLEGATIONS

27.   Plaintiffs bring this action, on behalf of themselves and on behalf of

LURIE & PARK LLP

CLASS ACTION COMPLAINT

all others similarly situated, as a class action, which is defined as follows:

a.    All individuals and entities residing in the United States, including the Commonwealth of Puerto Rico, U.S. Virgin Islands and Guam, who currently own or lease or previously owned or leased a Gateway LX6810 desktop computer (the "Class").

28.    Excluded from the Class are Gateway; any of its affiliates, parents, or subsidiaries; any entity in which Gateway has a controlling interest; any officer, director or employee of Gateway; any successor or assign of Gateway; anyone employed by counsel for Plaintiffs in this action; any Judge to whom this case is assigned as well as his or her immediate family and staff; and anyone who purchased a Gateway LX6810 desktop computer for purpose of resale.

29.    <u>Numerosity.</u> The Class is so numerous that joinder of all members is impracticable under the circumstances of this case. The exact number of class members is unknown to Plaintiffs at this time because that information is within the exclusive control of Defendants. However, upon information and belief, the putative members of the Class are believed to number in the thousands. Class members may be notified by the pendency of this action by mail, supplemented (if deemed necessary or appropriate by the Court) by published notice.

30.    <u>Existence and predominance of common questions.</u> Common questions of law and fact exist as to all members of the Class and predominate over questions affecting only individual Class members, including the following:

(a)    Whether Gateway provided Plaintiffs and the Class with a Gateway LX6810 desktop computer equipped with a defective cooling system;

(b)    Whether the fact that the Gateway LX6810's cooling system is defective and requires repairs would be considered material by a reasonable consumer;

(c)    Whether Gateway has violated the Consumer Legal Remedies Act, Cal. Civ. Code section 1750 et seq. as alleged in this complaint;

CLASS ACTION COMPLAINT

(d)   Whether Gateway has engaged in unlawful, unfair or fraudulent business practices in violation of California Business and Professions Code section 17200 et seq., as alleged in this complaint;

(e)   Whether Plaintiffs and Class members are entitled to equitable relief, including but not limited to restitution or a preliminary and/or permanent injunction; and

(f)   Whether Plaintiffs and the other Class members are entitled to damages and other monetary relief.

31.   Typicality.  Plaintiffs' claims are typical of the claims of the members of the Class in that Plaintiffs purchased a Gateway LX6810 desktop computer equipped with the same defective cooling system that is equipped in all other Gateway LX6810 desktop computers.

32.   Adequacy.  Plaintiffs will fairly and adequately represent and protect the interests of the Class because that they have no conflict of interest among themselves or interests antagonistic to or in conflict with those they seek to represent.  Plaintiffs have retained counsel with considerable experience in the prosecution of class actions and/or other forms of complex litigation.  Plaintiffs intend to prosecute this action vigorously.

33.   Superiority.  A class action is superior to other available means for the fair and efficient adjudication of this dispute.  In view of the complexity of the issues and the expense that any individual or business entity would incur if they attempted to obtain relief from Defendants, the separate claims of individual class members lack monetary sufficiency to support separate actions.  Because of the size of the individual class members' claims, few, if any, members of the Class could afford to seek legal redress for the wrongs complained of in this Complaint. Even if Class members could afford such individualized litigation, the court system could not.  In addition to the burden and expense of managing thousands of actions arising from the alleged defect, individualized litigation presents a potential for inconsistent or contradictory judgments.  Individualized litigation

LURIE & PARK LLP

CLASS ACTION COMPLAINT

1  increases the delay and expense to all parties and the court system presented by the

2  legal and factual issues of the case.  By contrast, the class action device presents

3  far fewer management difficulties and provides the benefits of single adjudication,

4  economy of scale, and comprehensive supervision by a single court.

5        34.   The Class is readily definable, and prosecution as a class action will

6  eliminate the possibility of repetitious litigation and will provide redress for claims

7  too small to support the expense of individual, complex litigation.  Absent a class

8  action, members of the Class will continue to suffer losses and Defendants'

9  violations of law will be allowed to proceed without remedy, and Defendants will

10  retain millions of dollars received as a result of their wrongdoing.  A class action

11  therefore provides a fair and efficient method for adjudicating this controversy.

12        35.   The prosecution of separate claims by individual class members

13  would create the risk of inconsistent or varying adjudications with respect to

14  millions of individual class members, which would, as a practical matter, dispose

15  of the interests of the class members not parties to those separate actions or would

16  substantially impair or impede their ability to protect their interests and enforce

17  their rights.

18        36.   The proposed class fulfills the certification criteria of Federal Rules of

19  Civil Procedure, Rule 23.  Accordingly, certification is appropriate.

## FIRST CAUSE OF ACTION:

## FOR VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT

## CALIFORNIA CIVIL CODE §§ 1770 ET SEQ.

### [Against Gateway, Inc. and Does 1 - 100]

23        37.   Plaintiffs and the Class reallege and incorporate by reference all

24  preceding paragraphs as though fully set forth herein.

25        38.   The circumstances giving rise to Plaintiff and the Class's allegations,

26  including the design, development and marketing of the defective Gateway

27  LX6810 desktop computer, occurred in the State of California.  Additionally,

28

LURIE & PARK LLP

8

1  Gateway maintains its corporate headquarters in Irvine, California.  Accordingly,

2  application of California law is appropriate.

3      39.     Gateway and Does 1-100 are a "person" under California Civil Code

4  section 1761(c).

5      40.     Gateway LX6810 desktop computers are "goods" under California

6  Civil Code section 1761(a).

7      41.     Plaintiffs RAYMOND W. KELLY, SCOTT WILLCOX, DON

8  SHARRIO, JARED DEGROOT, and Class members are "consumers" under

9  California Civil Code section 1761(d).

10     42.     Plaintiffs RAYMOND W. KELLY, SCOTT WILLCOX, DON

11 SHARRIO, JARED DEGROOT, and Class members engaged in "transactions"

12 under California Civil Code section 1761(e), including the purchase or lease of one

13 or more Gateway LX6810 desktop computers.

14     43.     As alleged herein, Gateway and Does 1-100's acts, policies, and

15 practices undertaken in transactions intended to result and which did result in the

16 sale or lease of Gateway LX6810 desktop computers violate sections 1770(a)(5)

17 ("Representing that goods or services have sponsorship, approval, characteristics,

18 ingredients, uses, benefits, or quantities which they do not have or that a person

19 has a sponsorship, approval, status, affiliation, or connection which he or she does

20 not have."); 1770(a)(7) ("Representing that goods or services are of a particular

21 standard, quality, or grade, or that goods are of a particular style or model, if they

22 are of another").

23     44.     The existence of the defect in the Gateway LX6810's cooling system

24 is a material fact.  Plaintiffs and the Class were unaware of the Gateway LX6810's

25 defective cooling system when they purchased the Gateway LX6810.  Consumers

26 value reliability and dependability of computers, especially with respect to

27 functions that affect its ability to operate without sudden interruption and loss of

28 potentially valuable data.  A reasonable consumer expects that a desktop computer

   will operate without overheating and suddenly and unexpectedly freezing,

crashing, or shutting down.  Had they known that the Gateway LX6810's cooling system was defective, Plaintiffs and Class members would not have purchased or leased the Gateway LX6810 desktop computer.

45.    Gateway and Does 1-100 have a duty to repair or recall the Gateway LX6810's cooling system so that it does not cause the Gateway LX6810 to overheat, experience sudden and unexpected freezes, crashes, or shut downs. Despite attempts by consumers to have their Gateway LX6810's cooling system repaired and/or recalled, Gateway and Does 1-100 have refused to remedy this problem.

46.    Pursuant to California Civil Code § 1782, Plaintiffs and the Class seek an injunction to restrain Gateway and Does 1-100, and each of them, from engaging in the unlawful, unfair, deceptive, untrue, and misleading business acts alleged herein.  Not less than 30 days after the commencement of this action, and after compliance with the provisions of California Civil Code § 1782(a), Plaintiffs and the Class will amend this complaint without leave of court to include a request for damages.

## SECOND CAUSE OF ACTION:
## FOR VIOLATIONS OF THE UNFAIR BUSINESS PRACTICES ACT
## CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200 ET SEQ.
### [Against Gateway, Inc. and Does 1 - 100]

47.    Plaintiffs and the Class reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

48.    The circumstances giving rise to Plaintiff and the Class's allegations, including the design, development and marketing of the defective Gateway LX6810 desktop computer, occurred in the State of California.  Additionally, Gateway maintains its corporate headquarters in Irvine, California.  Accordingly, application of California law is appropriate.

49.    Gateway and Does 1-100 have engaged in said unlawful, unfair, deceptive, untrue, and misleading business acts and false advertising to the

detriment of their competitors and to members of the general public, in violation of California Business & Professions Code § 17200 et seq., by:

    (a) Engaging in conduct that violates the Consumer Legal Remedies Act, California Civil Code §§ 1770(a)(5) and 1770(a)(7) et seq.;

    (b) Engaging in conduct that violates the Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 et seq.;

    (c) Engaging in unfair business practices by marketing and selling the Gateway LX6810 desktop computer with a defective cooling system as described above; and

    (d) Engaging in unfair business practices by refusing to permanently repair or recall the Gateway LX6810's defective cooling system.

50.    As a proximate result of the above alleged acts of Gateway and Does 1-100, and each of them, Gateway and Does 1-100 have wrongfully injured and will continue to injure Plaintiffs and the Class in that, among other things:

    a. Plaintiffs and the Class would not have bought or leased the Gateway LX6810 desktop computer at the price that they did;

    b. Plaintiffs and the Class's Gateway LX6810 desktop computers have a lower market value than they otherwise would have if not for their defective cooling systems;

    c. Plaintiffs and the Class have paid for repairs and replacement parts that they would not and should have not paid for; and

    d. Plaintiffs and the Class were denied their right to receive a product free from defects.

51.    As a proximate result of the above alleged acts of Gateway and Does 1-100, and each of them, Gateway and Does 1-100 have been unjustly enriched as a result of their wrongful conduct and by their unfair competition as herein alleged.  Gateway and Does 1-100's alleged conduct is continuing and, unless restrained, Gateway and Does 1-100 will continue to engage in such conduct.

LURIE & PARK LLP

## THIRD CAUSE OF ACTION:

## FOR VIOLATIONS OF THE SONG-BEVERLY WARRANTY ACT, CALIFORNIA CIVIL CODE §§ 1792, ET SEQ.

### [Against Gateway, Inc. and Does 1 - 100]

52.     Plaintiffs and the Class reallege and incorporate by reference all preceding paragraphs as though fully set forth herein.

53.     Under the Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 et seq., every sale of consumer goods in the State of California is accompanied by both a manufacturer's and retail seller's implied warranty that the goods are merchantable.

54.     Plaintiffs and the Class each purchased one or more Gateway LX6810 desktop computers, which are "consumer goods" within the meaning of California Civil Code § 1791(a).

55.     Gateway and Does 1-100 are in the business of manufacturing and selling Gateway LX6810 desktop computers to retail buyers, such as Plaintiffs and the Class, and are therefore are a "manufacturer" and "seller" within the meaning of California Civil Code § 1791.

56.     Gateway and Does 1-100 impliedly warranted to Plaintiffs and the Class that the Gateway LX6810 desktop computer is of merchantable quality and fit for the ordinary purposes for which the computer is used.

57.     As described above, Gateway and Does 1-100 have breached the implied warranty of merchantability because the Gateway LX6810 desktop computer sold to Plaintiffs and the Class was not of the same quality as those generally acceptable in the trade and was not fit for the ordinary purposes for which such goods are used, in that it overheats under normal operating conditions and thereby freezes, crashes or shuts down, causing Plaintiffs and the Class to lose time, data, and/or work product.

58.     As a direct and proximate cause of Gateway's breach of the implied warranty of merchantability, Plaintiffs and the Class sustained damages and other

CLASS ACTION COMPLAINT

1    losses in an amount to be determined at trial.  Gateway's conduct has caused

2    Plaintiffs and the Class to incur compensatory damages, consequential damages,

3    diminution in value, costs, attorneys' fees, and interest.

## FOURTH CAUSE OF ACTION:

## FOR STRICT LIABILITY

### [Against Gateway, Inc. and Does 1 - 100]

7        59.    Plaintiffs and the Class reallege and incorporate by reference all

8    preceding paragraphs as though fully set forth herein.

9        60.    Gateway and Does 1-100 manufactured, designed, assembled, tested,

10   inspected, packaged, distributed, marketed and sold the Gateway LX6810 desktop

11   computers and their component parts for consumer purchase and use.

12       61.    Gateway and Does 1-100 placed a defective product, the Gateway

13   LX6810 desktop computer, on the market, knowing the product was to be

14   purchased and used without inspection for defects by Plaintiffs and the Class.

15       62.    Gateway and Does 1-100 took no steps to warn consumers of the

16   manufacturing or design defects described above that are inherent in the Gateway

17   LX6810 desktop computer.

18       63.    Plaintiffs and the Class purchased and used the Gateway LX6810

19   desktop computer without inspection for defects.

20       64.    Plaintiffs and the Class were not aware of any defects in the Gateway

21   LX6810 desktop computer at any time prior to the damages caused by the defects.

22       65.    As a proximate result of the manufacturing and/or design defects

23   inherent in the Gateway LX6810 desktop computer, Plaintiffs and the Class have

24   been damaged monetarily while using the Gateway LX6810 desktop computer in

25   the ordinary manner in which it is intended.

## PRAYER FOR RELIEF

26   WHEREFORE, Plaintiffs, individually, and on behalf of the members of the

27   Class, pray for judgment against Defendants, and each of them, as follows:

28       1.    For an order certifying that this action may be maintained as a class

LURIE & PARK LLP

13

1    action and appointing Plaintiffs and their counsel to represent the Class;

2       2.      For compensatory damages, incidental damages, consequential

3    damages, statutory damages, and diminution in value;

4       3.      For reasonable attorneys' fees and costs;

5       4.      For pre-judgment interest and post-judgment interest;

6       5.      For restitution of contractual and monetary benefits which were

7    wrongfully obtained and retained by means of the unlawful, unfair, deceptive,

8    and/or fraudulent business practices alleged herein, pursuant to Business and

9    Professions Code § 17203 and 17535;

10       6.      For disgorgement of all profits which were wrongfully obtained and

11    retained by means of the unlawful, unfair, deceptive, and/or fraudulent business

12    practices alleged herein, pursuant to Business and Professions Code § 17203 and

13    17535;

14       7.      For injunctive relief to restrain Defendants, and each of them, from

15    engaging in the unlawful, unfair, deceptive, untrue, and misleading business acts

16    alleged herein, pursuant to Business and Professions Code §§ 17203 and 17535;

17    and

18       8.      For such other relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiffs, individually and on behalf of the members of the Class, hereby demand a jury trial.

DATED: October 13, 2010            LURIE & PARK

By: _____

Shahram A. Shayesteh
Attorneys for Plaintiffs

# EXHIBIT A

Windows®. Life without Walls™. Gateway recommends Windows 7



## Desktops

Compare All Desktops    Deals ›



Customer Rating
(based on 118 reviews)
Read the reviews | Write a review

**Gatew**

**$799.99 I**

Shop onl

Find in a

| Overview | Specifications | Gallery | Customer Revi...s | ✉ E-Mail This Page | 🖨 Print Specs | 🔄 SHARE |

## Customer Rating

(based on 118 reviews)

Sort by   Newest Date          **51%** of these customers would recommend this produ   📝 Write a Review

**Gateway dropped the ball with the shutdown issue**
By Gary from New York
July 18, 2010

This computer is great when it works. Like numerous have posted it suffers from over heat issues. [edited-support language] I hate companies like this and will never buy another Gateway product. I should have to take apart my new Gateway computer to clean a cooling fan so it doesn't shut down?? WTF??? [edited-support language] Gateway do something about the shut off issue. Give us new computers we purchased your product in good faith and now you don't want to stand behind your product.

1 of 1 people found this review helpful.

Was this review helpful?
[ Yes ]  [ No ]

Report as inappropriate.

**So disapointed**
By hev
July 12, 2010

This Gateway shutdowns constantly, I really needed a good computer because of my job, now I'm loossing clients because the computer shut down when I'm showing my work to a client. I really don't know what to do. For someone thinking about getting his computer, please don't there are better an cheaper computers

Was this review helpful?
[ Yes ]  [ No ]

Report as inappropriate.

**Worse than**

This machine is a worse experience than just a bad PC. This is a great PC that builds the joy of working with it and then fails within months. [edited-after warranty

Was this review helpful?
[ Yes ]  [ No ]

By NormL
July 11, 2010

language] I have a number of Gateway laptops and desktops. Now I am done with them. I don't want to run into the next machine they do this with. I suggest Gateway pay close attention to what [competitor brand] is currently running into as a result of ignoring and/or denying situations such as this.

Report as inappropriate.

**Installed fans and still locks up**
By PaulSayGtwyLXSX from Dallas, TX
June 4, 2010

I installed 120 mm fan, boosted the graphics card fan to 100% and it still locks up. The only way I could keep it from locking up was to open the case and blow a home fan on it. What a piece of [edit-language]. I will be returning it.

Was this review helpful?
[ Yes ]   [ No ]

Report as inappropriate.

**LX6810 overheating....**
By Swango
June 3, 2010

Yes it does overheat but only if you dont occationally clean the cpu fan on the inside of the case. Dust clogs the fan and prevents clean air from cooling down. ALSO another idea is to disable the smart fan in the BIOS and turn it up to 4400 rpms...it will run fast and loud but will not shut off. I have used my computer for 15 months flawlessly. i can burn download and play a game simultaniously with no dragging whatsoever...Everyone complaining about overheating...READ A FORUM simple fix..

Was this review helpful?
[ Yes ]   [ No ]

Report as inappropriate.

**Waste of Money**
By TJFack from Booneville
May 9, 2010

I had my computer for about a year. Have had it worked on (sent back to Gateway twice) 1) the video card died about a week after I got it, replaced video card. 2) Next was the random shut down issue, flashed with new bios. Make sure you vacuum the vent and crack open the case and clean it out every six months or so. I've had to format and recover my system about every two to three months due to random software issues causing lockups. [edit] Now the damn TV tuner does not work. The box is out of warranty so I'm out of luck. Don't buy it, it's a piece of junk. This is my second and *last* Gateway I will ever own!

Was this review helpful?
[ Yes ]   [ No ]

Report as inappropriate.

**Bad News**
By floorguy from Mount Olive, N.J.
May 2, 2010

I bought an LX6810-01 because I was told that it was what I needed and more. Well this was not what I needed, because all I ever do is bring it to be repaired. Thank God I got the 2-year warranty or I would be screwed. The computer started shutting down about 3 months after I got it. [edit]

Was this review helpful?
[ Yes ]   [ No ]

Report as inappropriate.

**lx 6810-01 very bad comp**
By Mad Wife from Nevada
April 23, 2010

Let's see, after several failures of this computer it is in the shop again for third sendout repair. That's not counting the other issues it's had. I will never buy another Gateway. This computer has soured Gateway for me and my husband. Gateway used to be a very good computer but somewhere it has just went bad bad bad. It loves crashing from overheating.

Was this review helpful?
[ Yes ]   [ No ]

Report as inappropriate.

**Bad Experience**
By shugs
April 22, 2010

I bought this computer in May 2009. It worked just fine before and was quiet and fast. I was able to play WoW and Sims 3 for hours on end with no problems. However, in March 2010 the machine began randomly turning off. I researched all over the net and many people have the same problem. They stated there was a heat issue

Was this review helpful?
[ Yes ]   [ No ]

Report as inappropriate.

because there are no case fans. Who the [heck] builds a computer without exhaust fans. [edit] Bought the 80mm and 120mm fans, installed them myself and the computer has not turned off since. I won't be using Gateway again. This experience was unacceptable.

**Disappointed**
By Nana from South
Carolina
April 16, 2010

I had really enjoyed this computer for working on and processing my photos. Enjoyed the convenience of the card reader and how quickly it allowed me to work with several photo programs open at once. I didn't have any of the shutdown issues as others have described, *until* 15 days out of warranty the whole thing just died. Couldn't reboot, couldn't do anything. [edit] No one so far has been able to solve the problem so I guess I will be buying another PC--but not a Gateway.

Was this review helpful?

| Yes | No |

Report as inappropriate.

‹ Previous   **1**   2   3   4   5   6   7   8   9   10   11   12   Next ›

## Write a Review

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.       E-Mail Signup  |  Site Map  |  About Us  |  Feedback  |  Contact Us

© 2010 Gateway  |  Legal  |  Privacy                    United States  (change country or region)

Windows®. Life without Walls™. Gateway recommends Windows 7

 Gateway.

## Desktops

Compare All Desktops ⋮ Deals ›



Customer Rating
(based on 118 reviews)

Read the reviews | Write a review

**Gatew**

**$799.99**

Shop onl

Find in a

| **Overview** | **Specifications** | **Gallery** | **Customer Revie** |  E-Mail This Page | 🖶 Print Specs | ⊡ **SHARE** |

## Customer Rating

(based on 118 reviews)

| Sort by  Newest Date | **51%** of these customers would recommend this produ | 🖉 **Write a Review** |

**Very Fast**
By Joendsu
April 6, 2010

I purchased my Gateway LX6810-01 a few months ago and have been really happy with it. I have not had the overheat/shutdown issue that has been mentioned. The speed of the core 2 quad is awesome. It powers through web page rendering, graphic editing programs, videos, etc. My negatives for the product is that during audio playback (playing MP3s) there is occasional pops in the music (not frequent, but noticeable). The other negative is that the CPU fan is fairly loud, I will eventually replace that for a quieter one. Overall, I have been pleased with the computers performance.

1 of 1 people found this review helpful.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Good deal for the money but add an exhaust fan.**
By teddymann from Denham Springs, La.
April 5, 2010

I've owned this computer for about 8 months now. Had the same problem as everyone else....unit shuts down. [edited-support language] I started doing a little research and found out the issue is the cooling system. In other words the fans provided with the unit suck. I installed a new fan that is now taking the hot air out of the case. Unit has worked fine ever since. [edited-support language] Also keep your box that this unit came in. {edited-support language}

Was this review helpful?

| Yes | No |

Report as inappropriate.

1 of 1 people found this review helpful.

**Disappointed**
By amymot from Boston MA
April 5, 2010

I have to add my voice to the list of people having power issues. I am a loyal Gateway user and I replaced an older Gateway with this model on 3/6/09. It worked fine for about 6 months and started just shutting down for no reason. [edited-support language] something about the fan and overheating. It worked fine for a while, had some minor glitches around December, also resolved. Then on 3/9/10 it started shutting down again –[edited-post-warranty language]. Unbelievable. I tried the BIOS thing and it seemed to work for a while, but the shutting down started again and is worse than ever. [edited-support language] I will not be keeping this system if I have to take it in for repairs every few months. [edited-support language] I can get that elsewhere and for cheaper.

Was this review helpful?

Yes     No

Report as inappropriate.

**Fast but Always in the Shop**
By tacobob from Farmington, N. Mex.
February 3, 2010

The Gateway LX6810-01 is an extremely fast computer, however out of the first six months I've owned it 2 of the months it has been in the shop for repairs. I am now working on month 10 and my computer continuously shuts down for no reason. This will be the fourth time i have had to take my computer in and all they can say is flash your bios. Like I have the time to take my computer in every two months for repairs. Do not buy this computer. Read other reviews, they all say the same. Great computer components, poor setup.

Was this review helpful?

Yes     No

Report as inappropriate.

**Horrible**
By Demina
February 1, 2010

I had my computer for 3 months and then it started to shut off on me.... They put in a new hard drive (mind you the computer is 3 months old at this point).... The *same* day I get it back I hook it up, and it does the same thing.... A week later I get it back with a new power supply, game card, heating core, and fan. 3 months later it starts again.... Apparently I have to download a code (Bioss_722). Works wonderful except for the loud fan noises. About 2 months go by and it is now doing it again. This computer is unreal.... I should not have to spend more money on fans for a computer I bought brand new that should have worked properly in the first place. Over 1300 later, I am not a happy person.

Was this review helpful?

Yes     No

Report as inappropriate.

**The best**
By fad
January 30, 2010

i have this Pc for 2 months, it is working greatly and i have no problem with it

Was this review helpful?

Yes     No

Report as inappropriate.

**Best Computer I Have Ever Had**
By Berbranon from Ormond Beach, Fla.
January 20, 2010

Don't know about the overheating problem. My computer is on constantly and never shuts down or overheats. I have had some software compatibility issues with the 64 bit operating system. But all in all I couldn't be happier.

Was this review helpful?

Yes     No

Report as inappropriate.

**Bad Computer**

I looked for a good computer to play games. It was great at first. Then it kept shutting down. Took it back to [the retailer], they sent it off and updated the BIOS. Brought it

Was this review helpful?

Yes     No

| | | |
|---|---|---|
| By Unhappy from North Carolina<br>January 20, 2010 | home last night and now the fan stays running at full speed non-stop. The fan is so loud you just don't want to turn on the computer and listen to it. I am going back to [the retailer] today.... | Report as inappropriate. |
| **Worthless**<br>By sb from Massachusetts<br>January 17, 2010 | I guess I am having the same challenges that everybody is having, the computer just shuts off randomly on its own!!!. Have had this machine for about 6 months, and is nothing more than junk -- crashes and reboots at least once every time that we use it. Must say that this is worst computer I have ever owned and will never buy *Gateway again*!!! | Was this review helpful?<br>[ Yes ]   [ No ]<br><br>Report as inappropriate. |
| **No problems with this computer**<br>By Ben<br>January 15, 2010 | I have had this computer since mid November after I ordered it online, and I have had no problems with it. I don't know why mine has been working so well, but I recently downloaded a program a discovered that my GPU was running at 68 degrees Celsius consistently. I plan on buying more fans for it, but since this comes with a nvidia video card, I thought it would be helpful for people to know that if they access control panel, go to the nvidia control panel, they are able to overclock the fan and underclock the rest of the hardware quite easily, and be able to make their computer run cooler when not needing its full work capacity. I have had no bad experiences with the computer, I absolutely love, but I suggest ordering it online so that you know it hasn't been tampered with at the store. | Was this review helpful?<br>[ Yes ]   [ No ]<br><br>Report as inappropriate. |

‹ Previous   1   **2**   3   4   5   6   7   8   9   10   11   12   Next ›

## 📎 Write a Review

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.    E-Mail Signup  |  Site Map  |  About Us  |  Feedback  |  Contact Us

© 2010 Gateway  |  Legal  |  Privacy                          United States  (change country or region)

Windows®. Life without Walls™. Gateway recommends Windows 7

**Gateway.**

## Desktops

Compare All Desktops | Deals ›

Customer Rating
(based on 118 reviews)
Read the reviews | Write a review



**Gatew**

**$799.99**

Shop onl

Find in a

| Overview | Specifications | Gallery | Customer Reviews |  E-Mail This Page |  Print Specs | SHARE |

## Customer Rating

(based on 118 reviews)

Sort by   Newest Date          **51% of these customers would recommend this produ**   Write a Review

**LX6810-01 Terrible Machine**
By Brandon from Cape Coral FL
January 15, 2010

I purchased a LX6810-01 from [local retailer] and when I got it home it booted once and never could again. I returned it for an exchange and then about 3 months later it began shutting off randomly until it stopped turning on all together. [edit-language] I've had it back now about 2 months and it just shut off again on random and appears that I am going to have to do it all over. [edit-language] I will also be contacting FCC & DPPR if this is not fixed very soon.. r

Was this review helpful?
Yes   No

Report as inappropriate.

**Shuts off**
By Jason from NC
January 9, 2010

Worked great till it started shutting off all the time after a year. In regards to the other reviewer, Gateway should design their computers so they work when I buy them. Not so that I have to go buy fans and install them myself. If I wanted to build a computer I would have. I will not buy a Gateway again if this is how they design their computers

1 of 1 people found this review helpful.

Was this review helpful?
Yes   No

Report as inappropriate.

**Lx Series**

I bought this computer in July of 09 and it worked great now we are just over 5 months and it keeps shutting down and I find out there are many problems with this

Was this review helpful?
Yes   No

By Tonya from Kc
Misssouri
January 4, 2010

computer and time I bought this and everthing for this I spent [edited-price] dollars …[edited-language] …Great Job GATEWAY.

Report as inappropriate.

---

**1 Year Later and Still a GREAT BUY**
By Rocky Road
January 2, 2010

I am an avid gamer and addicted to Netflix movies online. This PC plays online games with no problem at all. The streaming movies run very smooth. This machine has power to spare.

One bad thing in my mind is the tower does not have a fan. I added one for my own piece of mind. Yes the processor has a fan to the outside but not one for the case. $20.00 bucks for the fan.

Was this review helpful?

Yes    No

Report as inappropriate.

---

**This Comp Is Not All They Make It Out to Be!**
By Annoyed in NV from Nevada
December 30, 2009

Point blank, my husband has this comp. The first one we had the motherboard fried.... Well not even a month later the new one started crashing so we took it in and low and behold the motherboard was bad and the Internet connection was messed to.... We get it back and not even a month later somehow the operating system gets corrupted and it's overheating!!! ...Well it could use more fans!!!!... Mad in Nevada.

Was this review helpful?

Yes    No

Report as inappropriate.

---

**Great Computer. Everyone Calm Down.**
By steve from Canada
December 29, 2009

This is very fast, works great out of the box, and I have experienced no slow downs. Love it.

Aside from the overheating problem, which is easily solved with fans, all of your other problems like USBs not being recognized, and freezing problems etc., are because of Vista. The operating system is very problematic, and even on a great computer, Vista will ruin your experience. My advice: Get fans, upgrade to Windows 7. Everything is a lot smoother. Network problems are also because of Vista.

Was this review helpful?

Yes    No

Report as inappropriate.

---

**Great Computer - But had to add 2 case fans**
By Sean
December 20, 2009

I have had this computer for 9 months. It is fast, and I have hardly run any program that slows it down. There is one caveat... I was getting random freezes with a rapidly repeating sound. Turns out it was overheating. I opened up the case and was amazed that there are no case fans! There are places for them though. I bought two fans--an 80 mm for the front and a 120 mm for the back. There have been no problems since. I would have given the computer a 5-star rating, except for the lack of proper ventilation. Gateway should have added the two case fans (mine cost less than $20).

Was this review helpful?

Yes    No

Report as inappropriate.

---

**The power down issue is not an overheating issue**
By Mac
December 15, 2009

The problem is a 350W power supply that comes stock. This machine is much too powerful for this supply once you start running programs and such on here. I simply popped out the 350W power supply and replaced it with a 550W supply, and have never had the shutting down problem again. Yes, it's annoying that they don't put the necessary power supply in to begin with, but its also an easy fix.

Was this review helpful?

Yes    No

Report as inappropriate.

---

**Shuts Off !!!**
By Bad Fans from North

I have had the same problems as just about everyone else. The power randomly turns off and comes back on all the time. [edit-language] they gave us a new one [computer]. This one has the same problems and more, besides the lack of fans, the CD/DVD tray doesn't work,

Was this review helpful?

Yes    No

Report as inappropriate.

---

Jersey
December 8, 2009

the power button doesn't work properly and the media center on the top is hard to open. I want to send it back again and upgrade to a different model. I have had Gateway's since 1998 and have never had problems like this before.

**Amazing computer if you buy some case fans**
By rich from long island
December 6, 2009

so many bad reviews because of overheating problems which lead to random reboots. you people need to go out and buy some fans for this computer. this computer dosen't come with any fans other than the power source and CPU heatsink fan. go to [online retailer] or your local computer retail store and get a 120mm case fan for the rear and an 80mm case fan for the front bottom. you could be extra protective like myself and get a corsair memory fan and a hard drive cooler as well. download RivaTuner and speed up the video card fan to max. download PC Wizard 2009 and check out your system tempratures. mine is running nice and cool at 72 degrees spend an extra 50 bucks or so and get some fans you wont regret it. its a shame gateway didnt have fans installed in this computer cause its a really great computer once you get it cooled down.

Was this review helpful?

| Yes | No |

Report as inappropriate.

‹ Previous    1    2    **3**    4    5    6    7    8    9    10    11    12    Next ›

## Write a Review

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.    E-Mail Signup  |  Site Map  |  About Us  |  Feedback  |  Contact Us