# EXHIBIT A

Windows®. Life without Walls™. Gateway recommends Windows 7

Gateway.

## Desktops

Compare All Desktops | Deals ›



### Gatew

**$799.99**

Shop on

Find in a

**Customer Rating**
(based on 126 reviews)

Read the reviews | Write a review

| Overview | Specifications | Gallery | Customer Revi⊠ E-Mail This Page | 🖶 Print Specs | SHARE |

## Customer Rating

(based on 126 reviews)

Sort by  Newest Date          **52%** of these customers would recommend this produ 🖉 **Write a Review**

| | Sent back twice for repair within 2 months. Bios needed reblown and HD replaced. First month did not pay any attention to the graphic card errors, should have. Seems everyone is having to buy extra fans for it. WTF, it should come with what it needs. Now one year latter, warrenty gone and can not play favorite game as keep getting graphic card shutdown. | Was this review helpful? |
|---|---|---|

**Not worth it**
By bajaexplorer from Texas
December 20, 2010

Was this review helpful?
[ Yes ]  [ No ]

Report as inappropriate.

**WORST PC EVER**
By Crucomb
November 25, 2010

This is now the second time I've written this review, as my last attempt failed when my pc shut off...AGAIN. The computer does not work unless the case is open, a home fan is constantly blowing air inside, and it is cleaned at least once per week. This is my 3rd gateway, and after this experience it will probably be my last. After seeing how many other people are having the exact same issues I have lost faith in gateway. This PC is not worth the time you will have to waste trying to keep it running.

Was this review helpful?
[ Yes ]  [ No ]

Report as inappropriate.

**great hardware but no**

i got this pc about 1 year a go and had it over heat. open the case and saw 1 fan for the cpu not good i got 2 intake an 1 out take fan that moves abotu 80cfm fans an

Was this review helpful?
[ Yes ]  [ No ]

**fans**
By raven from modesto ca
November 18, 2010

replacesd the cpu fan with [another] and got a pci out take fan for the video card cus it was just reuseing the same got air no way for the air to get out of the case. now the cpu was a burning at about 200driges+ but after installing a colling system its down to about 40! this ia a good pc an a great gameing pc but theres no colling system to start with spend about 40$ in fans a it will not shut down du to overheating.

Report as inappropriate.

**a Beast for your Buck**
By GodsWrath
November 14, 2010

always using [competitor] computers i too wanted to venture off into the gateway world. Picked up the LX, it was a great feeling. Everything was perfect until....dun dun dun overheat-shutdown lol graphics card runs hot, took the side off and put a portable fan blowin on it, problem solved, no its not pretty but effective, also RivaTuner lets you choose your fan speed, My original fan speed was 25%(no wonder it overheated). I now have it set to 50% & runs at 49C/120F, get it? GT120... :)i recommend this PC with the purchase of another fan and download RivaTuner

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Great Computer for the Price**
By Manny from San Diego
November 7, 2010

I have had the this PC for a few months almost a year, with no issues at all. I bought it for about half the list price and read a lot of the reviews on it. The first thing I did after I received it was to buy a silent high flow fan to add to it, because overheating was the main complaint people had. I never turn it off and have had no issues with it. I use the media functions all the time to record shows to watch on my notebook. I am happy that I bought it it flies through most jobs.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Gateway equals Garbage**
By Been Had
November 6, 2010

I bought this to use to consolidate and make discs of home video and digital pictures can't reliably burn a usable disc can't play a 480 by 640 video without freezing or sound and video losing synch HD video,see above forget about watching a DVD movie, freezes and or loses synch a 40 dollar DVD player run circles around a Gateway claims 8G ram never uses more than 2G What sounds like great specs just don't work. I could have bought a low end netbook to get better performance. Gateway,just say NO! bitter lesson learned

Was this review helpful?

| Yes | No |

Report as inappropriate.

http://www.gateway.com/systems/product/529668232.php

**Great Computer...I have No Complaints.**
By Kurt B from Heber, Utah
October 16, 2010

I have had my LX6810-01 for over a year now. This has bgeen one tough running computer and thing I throw at it this machine handles with ease. Sure I had some issues with it shutting off a few times. But I replaced a fan with a upgraded fan and put a second fan drawing air in from the back and I have not had an issue with it, in I guess about 9 months. Its one powerful mother, and for the price you get everything you want. Yes there are cheaper computers out there and i have owned a few.., but try to open twelve web pages at once and have downloads going and music playing, then see what you get with that cheaper computer. I have built many computers and I have bought a few computers. I have been very Happy with my Gateway and when it's outdated, (I can't imagine that for awhile still) I will buy another GATEWAY.. GATEWAY YOU GUYS ROCK!!!!! Love My Computer.

0 of 1 people found this review helpful.

Was this review helpful?

| Yes | No |
|-----|-----|

Report as inappropriate.

**Alright**
By Lazeleigh from Guam
August 8, 2010

I've had this computer for about 15 months now, and I've never had it shutdown on me. Pros: Its fast, good RAM and video card, a nice processor. Cons: Barely any fans to keep air circulating. Also the only thing that really annoyed me was that mine only has 580 GB hard drive instead of the claimed 640.

Was this review helpful?

| Yes | No |
|-----|-----|

Report as inappropriate.

**worst computer ever**
By dan
August 4, 2010

right after i bought this computer it kept going into hibernate mode and goes off. It took me about 30times turning power on and off to get it on. Finally i changed the settings to no hibernate and now it just goes off randomly and just won't come on. looks its stuck in hibernate mode. whoever put this system of hibernation in desktops is the dumbest computer engineer of all time. I am done buying gateway products. there are cheaper and better computers outther. dont waste your time on this one.

2 of 2 people found this review helpful.

Was this review helpful?

| Yes | No |
|-----|-----|

Report as inappropriate.

**Gateway dropped the ball with the shutdown issue**
By Gary from New York
July 18, 2010

This computer is great when it works. Like numerous have posted it suffers from over heat issues. [edited-support language] I hate companies like this and will never buy another Gateway product. I should have to take apart my new Gateway computer to clean a cooling fan so it doesn't shut down?? WTF??? [edited-support language] Gateway do something about the shut off issue. Give us new computers we purchased your product in good faith and now you don't want to stand behind your product.

2 of 2 people found this review helpful.

Was this review helpful?

| Yes | No |
|-----|-----|

Report as inappropriate.

‹ Previous   **1**   2   3   4   5   6   7   8   9   10   11   12   13   Next ›

📎 **Write a Review**

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

1/20/2011 6:19 PM

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included; an Internet connection is required to start the trial. An option to purchase the full version of the Office software will be made after the 60-day trial. All files created during the trial will remain on the PC system regardless of full-version purchase.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.


See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.


Gateway products are available through select retailers.      E-Mail Signup   |   Site Map   |   About Us   |   Feedback   |   Contact Us


© 2011 All rights reserved.   |   Legal   |   Privacy                         **United States**   (change country or region)

Windows®. Life without Walls™. Gateway recommends Windows 7



## Desktops

Compare All Desktops    Deals ›



Gatew

$799.99 I

Customer Rating
(based on 118 reviews)
Read the reviews | Write a review

Shop on'

Find in a

---

Overview | Specifications | Gallery | Customer Reviews    ☒ E-Mail This Page    ⚏ Print Specs    ⊠ SHARE

## Customer Rating

(based on 118 reviews)

Sort by   Newest Date        **51% of these customers would recommend this produ   ⚲ Write a Review**

**Gateway dropped the ball with the shutdown issue**
By Gary from New York
July 18, 2010

This computer is great when it works. Like numerous have posted it suffers from over heat issues. [edited-support language] I hate companies like this and will never buy another Gateway product. I should have to take apart my new Gateway computer to clean a cooling fan so it doesn't shut down?? WTF??? [edited-support language] Gateway do something about the shut off issue. Give us new computers we purchased your product in good faith and now you don't want to stand behind your product.

1 of 1 people found this review helpful.

Was this review helpful?
[ Yes ]  [ No ]

Report as inappropriate.

**So disapointed**
By hev
July 12, 2010

This Gateway shutdowns constantly, I really needed a good computer because of my job, now I'm loossing clients because the computer shut down when I'm showing my work to a client. I really don't know what to do. For someone thinking about getting his computer, please don't there are better an cheaper computers

Was this review helpful?
[ Yes ]  [ No ]

Report as inappropriate.

**Worse than**

This machine is a worse experience than just a bad PC. This is a great PC that builds the joy of working with it and then fails within months. [edited-after warranty

Was this review helpful?
[ Yes ]  [ No ]

By Norm
July 11, 2010

language] I have a number of Gateway laptops and desktops. Now I am done with them. I don't want to run into the next machine they do this with. I suggest Gateway pay close attention to what [competitor brand] is currently running into as a result of ignoring and/or denying situations such as this.

Report as inappropriate.

**Installed fans and still locks up**
By PaulSayGtwyLXSX from Dallas, TX
June 4, 2010

I installed 120 mm fan, boosted the graphics card fan to 100% and it still locks up. The only way I could keep it from locking up was to open the case and blow a home fan on it. What a piece of [edit-language]. I will be returning it.

Was this review helpful?
Yes    No

Report as inappropriate.

**LX6810 overheating....**
By Swango
June 3, 2010

Yes it does overheat but only if you dont occationaly clean the cpu fan on the inside of the case. Dust clogs the fan and prevents clean air from cooling down. ALSO another idea is to disable the smart fan in the BIOS and turn it up to 4400 rpms...it will run fast and loud but will not shut off. I have used my computer for 15 months flawlessly. i can burn download and play a game simultaniously with no dragging whatsoever...Everyone complaining about overheating...READ A FORUM simple fix..

Was this review helpful?
Yes    No

Report as inappropriate.

**Waste of Money**
By TJFack from Booneville
May 9, 2010

I had my computer for about a year. Have had it worked on (sent back to Gateway twice) 1) the video card died about a week after I got it, replaced video card. 2) Next was the random shut down issue, flashed with new bios. Make sure you vacuum the vent and crack open the case and clean it out every six months or so. I've had to format and recover my system about every two to three months due to random software issues causing lockups. [edit] Now the damn TV tuner does not work. The box is out of warranty so I'm out of luck. Don't buy it, it's a piece of junk. This is my second and *last* Gateway I will ever own!

Was this review helpful?
Yes    No

Report as inappropriate.

**Bad News**
By floorguy from Mount Olive, N.J.
May 2, 2010

I bought an LX6810-01 because I was told that it was what I needed and more. Well this was not what I needed, because all I ever do is bring it to be repaired. Thank God I got the 2-year warranty or I would be screwed. The computer started shutting down about 3 months after I got it. [edit]

Was this review helpful?
Yes    No

Report as inappropriate.

**lx 6810-01 very bad comp**
By Mad Wife from Nevada
April 23, 2010

Let's see, after several failures of this computer it is in the shop again for third sendout repair. That's not counting the other issues it's had. I will never buy another Gateway. This computer has soured Gateway for me and my husband. Gateway used to be a very good computer but somewhere it has just went bad bad bad. It loves crashing from overheating.

Was this review helpful?
Yes    No

Report as inappropriate.

**Bad Experience**
By shugs
April 22, 2010

I bought this computer in May 2009. It worked just fine before and was quiet and fast. I was able to play WoW and Sims 3 for hours on end with no problems. However, in March 2010 the machine began randomly turning off. I researched all over the net and many people have the same problem. They stated there was a heat issue

Was this review helpful?
Yes    No

Report as inappropriate.

8/17/2010 5:51 PM

because there are no case fans. Who the [heck] builds a computer without exhaust fans. [edit] Bought the 80mm and 120mm fans, installed them myself and the computer has not turned off since. I won't be using Gateway again. This experience was unacceptable.

**Disappointed**
By Nana from South Carolina
April 16, 2010

I had really enjoyed this computer for working on and processing my photos. Enjoyed the convenience of the card reader and how quickly it allowed me to work with several photo programs open at once. I didn't have any of the shutdown issues as others have described, *until* 15 days out of warranty the whole thing just died. Couldn't reboot, couldn't do anything. [edit] No one so far has been able to solve the problem so I guess I will be buying another PC--but not a Gateway.

Was this review helpful?

| Yes | No |

Report as inappropriate.

‹ Previous   **1**   2   3   4   5   6   7   8   9   10   11   12   Next ›

## Write a Review

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.     E-Mail Signup   Site Map   About Us   Feedback   Contact Us

© 2010 Gateway   Legal   Privacy

**United States**   (change country or region)

8/17/2010 5:51 PM

Windows®. Life without Walls™. Gateway recommends Windows 7

 **Gateway.**

## Desktops

Compare All Desktops    Deals ›

Customer Rating
(based on 118 reviews)

Read the reviews | Write a review



Gatew

$799.99 I

Shop on

Find in a

**Overview**    Specifications    Gallery    **Customer Revi**    E-Mail This Page    Print Specs    SHARE

## Customer Rating

(based on 118 reviews)

Sort by    Newest Date    **51%** of these customers would recommend this produ    **Write a Review**

**Very Fast**
By Joendsu
April 6, 2010

I purchased my Gateway LX6810-01 a few months ago and have been really happy with it. I have not had the overheat/shutdown issue that has been mentioned. The speed of the core 2 quad is awesome. It powers through web page rendering, graphic editing programs, videos, etc. My negatives for the product is that during audio playback (playing MP3s) there is occasional pops in the music (not frequent, but noticeable). The other negative is that the CPU fan is fairly loud, I will eventually replace that for a quieter one. Overall, I have been pleased with the computers performance.

1 of 1 people found this review helpful.

Was this review helpful?

Yes       No

Report as inappropriate.

**Good deal for the money but add an exhaust fan.**
By teddymann from Denham Springs, La.
April 5, 2010

I've owned this computer for about 8 months now. Had the same problem as everyone else....unit shuts down. [edited-support language] I started doing a little research and found out the issue is the cooling system. In other words the fans provided with the unit suck. I installed a new fan that is now taking the hot air out of the case. Unit has worked fine ever since. [edited-support language] Also keep your box that this unit came in. [edited-support language]

Was this review helpful?

Yes       No

Report as inappropriate.

8/17/2010 5:52 PM

1 of 1 people found this review helpful.

**Disappointed**
By amymot from Boston MA
April 5, 2010

I have to add my voice to the list of people having power issues. I am a loyal Gateway user and I replaced an older Gateway with this model on 3/6/09. It worked fine for about 6 months and started just shutting down for no reason. [edited-support language] something about the fan and overheating. It worked fine for a while, had some minor glitches around December, also resolved. Then on 3/9/10 it started shutting down again –[edited-post-warranty language]. Unbelievable. I tried the BIOS thing and it seemed to work for a while, but the shutting down started again and is worse than ever. [edited-support language] I will not be keeping this system if I have to take it in for repairs every few months. [edited-support language] I can get that elsewhere and for cheaper.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Fast but Always in the Shop**
By tacobob from Farmington, N. Mex.
February 3, 2010

The Gateway LX6810-01 is an extremely fast computer, however out of the first six months I've owned it 2 of the months it has been in the shop for repairs. I am now working on month 10 and my computer continuously shuts down for no reason. This will be the fourth time i have had to take my computer in and all they can say is flash your bios. Like I have the time to take my computer in every two months for repairs. Do not buy this computer. Read other reviews, they all say the same. Great computer components, poor setup.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Horrible**
By Demina
February 1, 2010

I had my computer for 3 months and then it started to shut off on me.... They put in a new hard drive (mind you the computer is 3 months old at this point).... The *same* day I get it back I hook it up, and it does the same thing.... A week later I get it back with a new power supply, game card, heating core, and fan. 3 months later it starts again.... Apparently I have to download a code (Bioss_722). Works wonderful except for the loud fan noises. About 2 months go by and it is now doing it again. This computer is unreal.... I should not have to spend more money on fans for a computer I bought brand new that should have worked properly in the first place. Over 1300 later, I am not a happy person.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**The best**
By fad
January 30, 2010

i have this Pc for 2 months, it is working greatly and i have no problem with it

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Best Computer I Have Ever Had**
By Berbranon from Ormond Beach, Fla.
January 20, 2010

Don't know about the overheating problem. My computer is on constantly and never shuts down or overheats. I have had some software compatibility issues with the 64 bit operating system. But all in all I couldn't be happier.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Bad Computer**

I looked for a good computer to play games. It was great at first. Then it kept shutting down. Took it back to [the retailer], they sent it off and updated the BIOS. Brought it

Was this review helpful?

| Yes | No |

8/17/2010 5:52 PM

| | |
|---|---|
| By Unhappy from North Carolina<br>January 20, 2010 | home last night and now the fan stays running at full speed non-stop. The fan is so loud you just don't want to turn on the computer and listen to it. I am going back to [the retailer] today.... |

Report as inappropriate.

**Worthless**
By sb from Massachusetts
January 17, 2010

I guess I am having the same challenges that everybody is having, the computer just shuts off randomly on its own!!!. Have had this machine for about 6 months, and is nothing more than junk -- crashes and reboots at least once every time that we use it. Must say that this is worst computer I have ever owned and will never buy *Gateway again*!!!

Was this review helpful?

| Yes | No |
|---|---|

Report as inappropriate.

**No problems with this computer**
By Ben
January 15, 2010

I have had this computer since mid November after I ordered it online, and I have had no problems with it. I don't know why mine has been working so well, but I recently downloaded a program a discovered that my GPU was running at 68 degrees Celsius consistently. I plan on buying more fans for it, but since this comes with a nvidia video card, I thought it would be helpful for people to know that if they access control panel, go to the nvidia control panel, they are able to overclock the fan and underclock the rest of the hardware quite easily, and be able to make their computer run cooler when not needing its full work capacity. I have had no bad experiences with the computer, I absolutely love, but I suggest ordering it online so that you know it hasn't been tampered with at the store.

Was this review helpful?

| Yes | No |
|---|---|

Report as inappropriate.

‹ Previous   1   **2**   3   4   5   6   7   8   9   10   11   12   Next ›

✎ **Write a Review**

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

8/17/2010 5:52 PM

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.   E-Mail Signup ┊ Site Map │ About Us ┊ Feedback ┊ Contact Us

© 2010 Gateway ┊ Legal ┊ Privacy                **United States** (change country or region)

Windows®. Life without Walls™. Gateway recommends Windows 7



## Desktops

Compare All Desktops    Deals ›



Customer Rating
(based on 118 reviews)

Read the reviews | Write a review

**Gatew**

$799.99

Shop on

Find in a

**Overview    Specifications    Gallery    Customer Revi    E-Mail This Page    Print Specs    SHARE**

# Customer Rating

(based on 118 reviews)

Sort by   Newest Date        **51% of these customers would recommend this produ    Write a Review**

| | | |
|---|---|---|
| **LX6810-01 Terrible Machine**<br>By Brandon from Cape Coral FL<br>January 15, 2010 | I purchased a LX6810-01 from [local retailer] and when I got it home it booted once and never could again. I returned it for an exchange and then about 3 months later it began shutting off randomly until it stopped turning on all together. [edit-language] I've had it back now about 2 months and it just shut off again on random and appears that I am going to have to do it all over. [edit-language] I will also be contacting FCC & DPPR if this is not fixed very soon.. r | Was this review helpful?<br>Yes    No<br><br>Report as inappropriate. |
| **Shuts off**<br>By Jason from NC<br>January 9, 2010 | Worked great till it started shutting off all the time after a year. In regards to the other reviewer, Gateway should design their computers so they work when I buy them. Not so that I have to go buy fans and install them myself. If I wanted to build a computer I would have. I will not buy a Gateway again if this is how they design their computers<br><br>1 of 1 people found this review helpful. | Was this review helpful?<br>Yes    No<br><br>Report as inappropriate. |
| **Lx Series** | I bought this computer in July of 09 and it worked great now we are just over 5 months and it keeps shutting down and I find out there are many problems with this | Was this review helpful?<br>Yes    No |

8/17/2010 5:52 PM

By Tonya from KC
Misssouri
January 4, 2010

computer and time I bought this and everthing for this i
spent [edited-price] dollars ...[edited-language] ...Great
Job GATEWAY.

Report as inappropriate.

---

**1 Year Later and Still a
GREAT BUY**
By Rocky Road
January 2, 2010

I am an avid gamer and addicted to Netflix movies
online. This PC plays online games with no problem at
all. The streaming movies run very smooth. This
machine has power to spare.

One bad thing in my mind is the tower does not have a
fan. I added one for my own piece of mind. Yes the
processor has a fan to the outside but not one for the
case. $20.00 bucks for the fan.

Was this review helpful?

| Yes | No |

Report as inappropriate.

---

**This Comp Is Not All
They Make It Out to Be!**
By Annoyed in NV from
Nevada
December 30, 2009

Point blank, my husband has this comp. The first one we
had the motherboard fried.... Well not even a month later
the new one started crashing so we took it in and low
and behold the motherboard was bad and the Internet
connection was messed to.... We get it back and not
even a month later somehow the operating system gets
corrupted and it's overheating!!! ...Well it could use more
fans!!!!... Mad in Nevada.

Was this review helpful?

| Yes | No |

Report as inappropriate.

---

**Great Computer.
Everyone Calm Down.**
By steve from Canada
December 29, 2009

This is very fast, works great out of the box, and I have
experienced no slow downs. Love it.

Aside from the overheating problem, which is easily
solved with fans, all of your other problems like USBs
not being recognized, and freezing problems etc., are
because of Vista. The operating system is very
problematic, and even on a great computer, Vista will
ruin your experience. My advice: Get fans, upgrade to
Windows 7. Everything is a lot smoother. Network
problems are also because of Vista.

Was this review helpful?

| Yes | No |

Report as inappropriate.

---

**Great Computer - But
had to add 2 case fans**
By Sean
December 20, 2009

I have had this computer for 9 months. It is fast, and I
have hardly run any program that slows it down. There
is one caveat... I was getting random freezes with a
rapidly repeating sound. Turns out it was overheating. I
opened up the case and was amazed that there are no
case fans! There are places for them though. I bought
two fans--an 80 mm for the front and a 120 mm for the
back. There have been no problems since. I would have
given the computer a 5-star rating, except for the lack of
proper ventilation. Gateway should have added the two
case fans (mine cost less than $20).

Was this review helpful?

| Yes | No |

Report as inappropriate.

---

**The power down issue
is not an overheating
issue**
By Mac
December 15, 2009

The problem is a 350W power supply that comes stock.
This machine is much too powerful for this supply once
you start running programs and such on here. I simply
popped out the 350W power supply and replaced it with
a 550W supply, and have never had the shutting down
problem again. Yes, it's annoying that they don't put the
necessary power supply in to begin with, but its also an
easy fix.

Was this review helpful?

| Yes | No |

Report as inappropriate.

---

**Shuts Off !!!**
By Bad Fans from North

I have had the same problems as just about everyone
else. The power randomly turns off and comes back on
all the time. [edit-language] they gave us a new one
[computer]. This one has the same problems and more,
besides the lack of fans, the CD/DVD tray doesn't work,

Was this review helpful?

| Yes | No |

Report as inappropriate.

---

8/17/2010 5:52 PM

Jersey
December 8, 2009

the power button doesn't work properly and the media center on the top is hard to open. I want to send it back again and upgrade to a different model. I have had Gateway's since 1998 and have never had problems like this before.

**Amazing computer if you buy some case fans**
By rich from long island
December 6, 2009

so many bad reviews because of overheating problems which lead to random reboots. you people need to go out and buy some fans for this computer. this computer doesn't come with any fans other than the power source and CPU heatsink fan. go to [online retailer] or your local computer retail store and get a 120mm case fan for the rear and an 80mm case fan for the front bottom. you could be extra protective like myself and get a corsair memory fan and a hard drive cooler as well. download RivaTuner and speed up the video card fan to max. download PC Wizard 2009 and check out your system tempratures. mine is running nice and cool at 72 degrees spend an extra 50 bucks or so and get some fans you wont regret it. its a shame gateway didnt have fans installed in this computer cause its a really great computer once you get it cooled down.

Was this review helpful?

Yes     No

Report as inappropriate.

‹ Previous    1    2    **3**    4    5    6    7    8    9    10    11    12    Next ›

## Write a Review

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.     E-Mail Signup   Site Map   About Us   Feedback   Contact Us

8/17/2010 5:52 PM

© 2010 Gateway    Legal    Privacy

United States  (change country or region)

8/17/2010 5:52 PM

#:161   Windows®. Life without Walls™. Gateway recommends Windows 7



## Desktops

Compare All Desktops   Deals ›



### Gatew

**Customer Rating**
(based on 118 reviews)

Read the reviews | Write a review

$799.99 I

Shop onl

Find in a

---

**Overview** | **Specifications** | **Gallery** | **Customer Revi** ⸝ E-Mail This Page | 🖨 Print Specs | SHARE

## Customer Rating

(based on 118 reviews)

Sort by  Newest Date        **51% of these customers would recommend this produ** | ⸝ **Write a Review**

| | | |
|---|---|---|
| **Toooo many glitches!**<br>By Bren from No. CA<br>December 1, 2009 | Got my LX6810-01 9 months ago and have had nothing but problems...[edit-language] Lightscribe has not functioned since day-one and was suppose to be installed at factory, but message says it must be installed via NVIDIA setup. (See RAID) below. Cap lock literally locks up the entire computer functionality when clicked off/on and visa versa. Computer turns itself off without warning! When I initally turn on system, I get an urgent message to "install RAID", but if I attempt to do so, it will lose all my files/programs! Spell check only works when it feels likt it. Then there's the cute issue of the front silver strip just falling off the front of the monitor! [edit-language] WHAT????? | Was this review helpful?<br><br>[ Yes ]  [ No ]<br><br>Report as inappropriate. |
| **Gateway LX6810-01**<br>By Frustrated<br>November 28, 2009 | I have had my computer for less than a year and it has been in the shop twice now for the same issue. It tends to just shut itself off. When it works it is fantastic, but I am with the break downs. (edit-language) Get your acts together Gateway or just replace my computer for a new one that will actually work!!! | Was this review helpful?<br><br>[ Yes ]  [ No ]<br><br>Report as inappropriate. |
| | I am fairly new to computers and did a lot of reasearch and finally decided on this one about 8 months ago. The | Was this review helpful? |

**Eeeeh . . .**
By CPTZuffenhousen from Stuttgart
November 27, 2009

computer does everything I want it to do, but the shut downs were extremly frustrating. I purchased the case fans like everyone said and its been running great ever since. I had to do lot of reasearch on this though, like: what type of fans to by, what is a case fan, how do I install it, is my power source adequate, dimensions, noise, output etc etc etc. The whole thing ended up costing me $35 for two fans that snapped right in. However, I think Gateway should have acknowledged this and at least gave some instruction and recommendation on what to get and how to install. I think most users would be happy to part with a few extra dollars to know that their [edit-price] purchase was going to work properly.

Yes      No

Report as inappropriate.

**Decent PC once you add some fans**
By ryanw821 from Minneapolis, MN
November 16, 2009

I have had this PC now for about a month and it has been the best PC I have owned (I added 80mm intake & 120mm exhaust fans and installed Windows 7). This thing is super fast, and super stable. I was expecting much less when I ordered a gateway, they have kind of gathered a bad rep in the past few years, but this PC changes my mind about them (though it should have come with the fans from the factory, but its a cheap enough fix). Anyone on the fence I would say pick one up and then head over to (online retailer) and spend $15 on a set of 120mm and 80mm fans (just be sure the fans have the 4pin molex as there is only one 3pin fan connector on the board).

Was this review helpful?

Yes      No

Report as inappropriate.

**Good out of the box**
By Doug from Missouri
November 11, 2009

I've own this for about six month and it has worked as expected without issues. The mix of components works well and there is no way I could build a computer this capable for the same amount of cash. It matches up well with my HD display and give a great vid output whether for work, games or movies. No regrets at all and would definitely buy it again.

Was this review helpful?

Yes      No

Report as inappropriate.

**Case Fans**
By Bud from Ohio
November 9, 2009

I have been experiencing the auto shutdowns that everyone else has as well. Can anyone tell me where I plug in a 80 mm and 120 mm case fan? I have them mounted and cannot find a place to plug them in. Thanks

Was this review helpful?

Yes      No

Report as inappropriate.

**Overheats, Freezes, Requires Loss of Your Data**
By Jerry from Jacksonville Florida
November 6, 2009

And all of the above. [edit-language] This isn't the extent of it. The updated LX6810-01 BIOS v722 will turn your fan into a nightmarish whirring demon. The last time I checked the BIOS, it runs at around 4200 rpms. I purchased a quiet, beautiful computer. What I ended up with was a Big Black Fire Breathing Monster on top of my desktop. Where is the recall information? It needs to be recalled before it burns someone's house down!

Was this review helpful?

Yes      No

Report as inappropriate.

**A one word description, worthless**
By Joel
October 28, 2009

Whats the point of making this cost effective yet high performance machine if it crashes from over heating constantly? [edit] Obviously they tested this machine before they sent it out to be sold, they had to notice the this piece of crap overheats constantly!!!! Ive learned my lesson though, I will never buy a gateway again. [edited] Never buy a gateway!!!!!!!!!!!!!!!

Was this review helpful?

Yes      No

Report as inappropriate.

8/17/2010 5:52 PM

**Very good computer**
By rocker106
October 24, 2009

I bought this computer in June on sale. Knowing a lot about computers, the first thing I did was buy an 80mm fan for the back. Overheating causes this computer to automatically shut down, and the simple fan i put in fixed it. Anybody can put in a fan and for the price you can't beat it. I love everything else, and it does fairly well in resource-intensive games.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Total frustration**
By Barber from Limassol
Cyprus
October 22, 2009

I have had this machine for about 3wks now and as commented by so many here, I have had straight out the box screen freeze and shut downs. The only way to restart is to shut off from the mains and I worry about damage I could be doing... There is evidently a design fault and this should be remedied, or at least acknowledged by Gateway... It is so frustrating, as when the thing works, it is a thing of beauty. Unfortunately, the intermittent and quite regular shutting down, gives me no confidence in the product at all... I dread sending an email longer that 10 words and save every game I play 100 times... Not what I was expecting when I parted with nigh on EURO2000. I remain hopeful that the bugs will be fixed, because as I say, when she is working, she is great with an excellent specification (marriage material!...) And yes my Computer is female... it is the only way to explain her temperamental, erratic and unpredictable nature... plus I cant really afford to divorce her after 3wks.

Was this review helpful?

| Yes | No |

Report as inappropriate.

‹ Previous   1   2   3   **4**   5   6   7   8   9   10   11   12   Next ›

📎 **Write a Review**

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change;

8/17/2010 5:52 PM

Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.        E-Mail Signup ┊ Site Map ┊ About Us ┊ Feedback ┊ Contact Us

© 2010 Gateway ┊ Legal ┊ Privacy                                        **United States** (change country or region)

8/17/2010 5:52 PM

Windows®. Life without Walls™. Gateway recommends Windows 7



## Desktops

Compare All Desktops    Deals ›



### Customer Rating

(based on 118 reviews)

Read the reviews | Write a review

**Gatew**

**$799.99 |**

Shop on

Find in a

---

Overview    Specifications    Gallery    Customer Revi... ☒ E-Mail This Page    🖶 Print Specs    SHARE

## Customer Rating

(based on 118 reviews)

Sort by   Newest Date    **51%** of these customers would recommend this produ...   ⓘ **Write a Review**

| | | |
|---|---|---|
| **Great computer**<br>By majormike3141<br>October 21, 2009 | Mine works well. Have had it for about a year. No problems so far and the unit works quite well. Have not had any failures or lockups. I would buy this computer again without any reservations. | Was this review helpful?<br>Yes   No<br><br>Report as inappropriate. |
| **Disapointed**<br>By timbo from virginia<br>October 16, 2009 | I purchased the LX6810-01 and it lasted for three months before the mother board failed. I have alaways purchased [competitor brand] computers but thought I would try a Gateway,bad choice. [edit-language] I would not recomend this computer to anyone and it will be the last time I buy a Gateway. | Was this review helpful?<br>Yes   No<br><br>Report as inappropriate. |
| **Random Shutdown**<br>By Scott from Texas<br>October 13, 2009 | I have had this PC for 6 months now. I have always had problems with it hanging on a reboot, but the last week the PC has been randomly shutting down with no warning. Based on the input from these reviews and others, I will try to address the apparent lack of air circulation. I will post an additional review if this solves the problem. There is apparently a design flaw in this system. I have also had issues with the audio ports on this PC. The documentation that comes with this PC, and the documentation available online is very poor. I | Was this review helpful?<br>Yes   No<br><br>Report as inappropriate. |

recently moved out of the country, so sending the PC back to Gateway or taking it back to my local US based retailer is out of the question.

**Worst computer & company ever!!!**
By Kuesse from Utah
October 6, 2009

Not only do I not recommend this computer, [edit-language]. Thought this was a great computer at first, but now it keeps shutting off randomly whenever we try to play on it. Obviously from these reviews, it happens way too often, [edited-language]

Was this review helpful?

Yes    No

Report as inappropriate.

**LX6810-01**
By redintheface
October 5, 2009

I have had Gateway computers for the last 15 years. This is the worst computer that I have ever worked on. I am not sure if it is the physical machine or if it is the programing or a combination of noncompatible hardware and software ....Windows Vista 64bit is the biggest [aberation] Microsoft ever launched. This operating system was slapped together and sold before it was tested, you are the test rat. Why couldn't they waited till Windows 7 was ready to launch. [edit-language] [edit-langage] I am installing my old hard drive with Windows XP so I can run third party software.

Was this review helpful?

Yes    No

Report as inappropriate.

**Overheating Problem Fixed**
By ravingapache from Pennsylvania
October 5, 2009

With the exception of the temp overheating problem, this is not a bad machine. The issue is not the flow through the case but the overheating of the chipset chip (next to the cpu with the metal heatsink on it). I measured the temperature at the surface of this chip and it was running beyond 69 degs C (approx 157 degs F) Wow! way hot for this unit. I placed a small 40mm on top and within a couple of minutes the temp dropped to 48 degrees C. No more magical shutdowns. Any fan will do but it needs to be blowing air across the chip or down upon it. I'm amazed the engineers didn't catch this one. ;P - RA

Was this review helpful?

Yes    No

Report as inappropriate.

**Problems with the LX6810-01**
By Lenf2 from Arizona
September 29, 2009

3 weeks after I bought this computer it began to shut down and not restart. It kept saying it could not find windows on the drive. After a bit of exploration, I found that somehow it had cleared the data on the CMOS. Once I re-entered the drives it booted perfectly and hasn't stopped again since (crossing my fingers). The second problem had to do with avermedia sound/video card. I had no problem with the video input portion, but it would not input audio. I got hold of the manufacturer and found that it was not authorized for Windows Vista!! It also was not capable of working with ANY sound software. Why would gateway put a card in that doesn't work is beyond me. Final problem was today, I went to apply for the free Windows 7 upgrade, saw that this computer matches all the specs, but have been repeatedly told that it "does not qualify, " based on its SN. What next?

Was this review helpful?

Yes    No

Report as inappropriate.

**Great computer**
By dave from Texas
September 24, 2009

yes there is a cure for the shutdown problem, new bios update runs the fans higher. I also added a large case fan to the back. This is perfect for my video work. Pulling the hdd from a socket in the front is very handy.

Was this review helpful?

Yes    No

Report as inappropriate.

**warning**
By tess from nebraska
September 14, 2009

Bigtime problems... over heats and shuts off randomly and eventually will knock out mother board [edit-language].... bought one in febuary and it went bad they exchanged it after having it for a month and had this one for 2 months and it has started shutting off as well I wish I had read the reviews. Love the computer, too bad its crap...[edit]

Was this review helpful?

Yes    No

Report as inappropriate.

**beware**
By acerun from snow camp nc
September 11, 2009

this could be one of the best out of the box high def systems any where but if you buy this pc you should off the bat buy and install the case fans at once to avoid over heating damage to it ive had mine 4 months and after 3 months it developed the problem you must keep this pc very clean inside ot took 4 months to figure out the raid array [edit-language] as of now after installing the case fans and figuring the raid crap out this is a great pc "the cooler the better" if gateway would of installed the fans at the factory i wouldve rated this product a 5 as is a 2

Was this review helpful?

Yes    No

Report as inappropriate.

‹ Previous    1    2    3    4    **5**    6    7    8    9    10    11    12    Next ›

📝 **Write a Review**

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.    E-Mail Signup    Site Map    About Us    Feedback    Contact Us

© 2010 Gateway    Legal | Privacy

United States  (change country or region)

Windows®. Life without Walls™. Gateway recommends Windows 7

 **Gateway.**

## Desktops

Compare All Desktops    Deals ›

Customer Rating

(based on 118 reviews)

Read the reviews | Write a review



**Gatew**

**$799.99**

Shop on:

Find in a

Overview    Specifications    Gallery    Customer Revi...    E-Mail This Page    Print Specs    SHARE

## Customer Rating

(based on 118 reviews)

Sort by    Newest Date        **51%** of these customers would recommend this produ...    Write a Review

**wish i would have checked the reviews first!!!**
By btborgeson from michigan
September 9, 2009

[language edit, violation of terms of use] I check out the reviews and wow. I am ready to print them off and take them to [local retailer] and ask for a different model. [language edit, violation of terms of use] do they even read these reviews that are posted on their site, and whats worse is they dont give windows vista's disc i may have to pay for it??? what a ripoff.

1 of 1 people found this review helpful.

Was this review helpful?

Yes    No

Report as inappropriate.

**Caution! USB KVM Switch not supported**
By DesktopEngineer from Fairfax, VA USA
September 7, 2009

You cannot use this computer on a USB KVM switch--it won't boot! Nine other computers boot fine. [language edit, violation of review content] Buyer beware!

Was this review helpful?

Yes    No

Report as inappropriate.

**Source of problems**
By Alan
August 26, 2009

I have had this computer for a few months, but I have had no problems whatsoever. I immediately evaluated what I thought was weakest about the computer and added a new PSU, a nice factory overclocked graphics card with a built in fan (HIS 4850 Turbo) that expels air

Was this review helpful?

Yes    No

Report as inappropriate.

8/17/2010 5:56 PM