out the back, and Silverstone 120mm and 80mm case fans for the back and side (wired it on to vent on side). I have had no shutdowns and no problems. To the contrary, I've been running Crysis at Very High and High settings. Has anyone isolated what the problem with this unit is? I'm wondering if that craptacular standard graphics card gets really hot and overheats the unit. The little fan on the card just blows hot air inside the case, and there are no case fans to blow that air outside. I got rid of it right away because I thought it was too weak. I also have a nice 650W PSU; the standard unit was junk. Any other ideas?

**Intermittent but consistant shut downs this model**
By jwv59
August 22, 2009

I bought this model from [local retailer] and exchanged the first one because of the shutdown problems. I love the features of this box, but the 2nd machine had shut down problems too. I tried every thing, loading SP2, reinstalling SP1. Same problem. I did after a time notice that when the machine was in the middle of the room with the side panel of the case removed, the shut downs occured less. I set a 9" box fan to keep the machine cool (side panel still off)and the machine ran for a week constantly with no shut down in it's confined placement in my office. I installed a 4" case fan(Gateway did design the back panel for a case fan with multiple screw configurations) and I pulled the shroud off of the processor intake cooling fan. The machine (with the side access panel re-attached) has run for 2 weeks constantly without a problem. A $12 fix, but many hours of aggrivation to get there. Even so, it's a great machine. Now.

1 of 1 people found this review helpful.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**piece of junk**
By arthur from nowhere
August 17, 2009

I use to like gateway but since getting this crap february it gave me all problems all the time. [language edited] So 100 percent that i dont recommend this i just hope i can still get my money back or else this means WAR!

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Overheating**
By Angry
August 7, 2009

I bought this computer because of all the specs. I thought it would be decent for not only school work but gaming. I was wrong it has serious overheating issues and before those issues started I had problems with it not booting. I had to ship it back to Gateway for them to fix it, at my expense, [edited for violation of language] No computer takes over 32 hours to boot! No longer have problems with shutdowns except when the video card overheats whenever you try to play any games on it. I bought a Tornado fan which has the most air movement available in a fan...it is loud as all hell too and i still get overheating if I play games like Tiger Woods Golf and World of Warcraft for about 30 mins. If I had it to do all over again I would NOT buy this pc. Cost almost [price] to buy then over $100 to ship with proper padding back to Gateway in Texas. Save your money and get a different brand.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**I like it but....**
By caryl from Cleveland,

Bought it in feb 2009 after a month it turn off over and over again. Other then that problem it is a good computer when it stays on

Was this review helpful?

| Yes | No |

8/17/2010 5:56 PM

Ohio
July 29, 2009

**Fantastic Computer**
By wrussell1982
July 29, 2009

I am a experienced PC person. I've worked with computers (hardware/software) for 5+ years. Normally I build my own, but I felt lazy this year. I would recommend this PC to anyone. It has great power and reliability. It has run any game/program that I throw at it, with no problems. Don't really listen to the people complaining about overheating causing restarts. Keep your PC clean inside! All you have to do is open the side panel and blow it out with computer dust remover. The main reason for all these overheating/restart problems is build up of dust and dirt inside the case. I had the same issue and opened it up, and I saw a layer of dust. With the powerful fans inside this thing, you're going to get dust buildup. Keeping the computer dust free (also the surrounding areas) is essential to optimal operation. Anyone looking for a for a Gateway should purchase this model.

0 of 2 people found this review helpful.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Good enough**
By DrFace
July 28, 2009

I bought this comp around winter when my old system straight up died, and have had reasonably good times with it. The one big thing that happend was that the OS got corrupted, well w/e, installed windows 7 RC and it's back up and runing better than before. One thing I'd like to say for those who are having issues with shutdowns while using graphical applications, this is (at least, this is what I found) because the most recent nvidia drivers aren't compatible with the this desktop; god know's why it happens, but it happens. I know it's not a solution but downgrade to the driver you can download from this gateway site and you should avoid those random shutdowns. As a side note, I want to replace the cpu, is there anywhere where I can check what the motherboard specs actually are? And will a Q9550 work?

Was this review helpful?

| Yes | No |

Report as inappropriate.

***The Best $700 You Will Ever Spend***
By James from Florida
July 27, 2009

*Speed!!! Speed!!! Speed!!!* I was looking for a replacement for my 5 year old [competitor model] laptop. Old specs on it were single core 1.6 ghz amd sempron with 128 mb of ati video 30gb hd and 1 gb of ram. Now I have a 2.3 ghz intel core quad processor with 1000mb of video ram and nearly 600 gigs of hard disk space and 8gb of ram!!! XP to Vista with all that under the hood?!?!? It was a night and day difference! I have had this thing now for a month and absolutely love it. My favorite thing about it is the *dual-layer DVD burner* with *Labelflash*!!!! Trust me, it won't turn off seeing as I only turn mine off once a week for a few hours. It's remarkable fast and will play any game you can throw at it !!! *It is fast. You will love this PC*!!!You will love this PC!!!

Was this review helpful?

| Yes | No |

Report as inappropriate.

‹ Previous   1   2   3   4   5   **6**   7   8   9   10   11   12   Next ›

📎 **Write a Review**

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.      E-Mail Signup    Site Map   About Us    Feedback    Contact Us

© 2010 Gateway    Legal    Privacy                          United States   (change country or region)

Windows®. Life without Walls™. Gateway recommends Windows 7

 **Gateway.**

## Desktops

Compare All Desktops   Deals ›



**Customer Rating**
(based on 118 reviews)

Read the reviews | Write a review

**Gatew**

**$799.99**

Shop onl

Find in a

Overview    Specifications    Gallery    Customer Revi...    E-Mail This Page    Print Specs    SHARE

## Customer Rating

(based on 118 reviews)

Sort by   Newest Date     **51%** of these customers would recommend this produ...    Write a Review

**Good Price, a Few Problems**
By Craigg from Beaumont, Tex.
July 24, 2009

I like this computer--you get a lot for the money. I have also had auto-shutdown problems due to poor air circulation because it lacks case fans to cool it off. You will need to add additional case fans to keep this computer from shutting down. Many users with this same computer have had the same problem.

Was this review helpful?
Yes    No

Report as inappropriate.

**Not Recommending This Product**
By Vespamomma from Iowa
July 23, 2009

Bought this machine with high hopes since Gateway *had* such a good reputation. A month after I set it up it would shut down during any kind of graphics usage. Games, video--didn't seem to matter. [edit] So really what I've got is a big black paperweight. I'll never buy Gateway again!

1 of 1 people found this review helpful.

Was this review helpful?
Yes    No

Report as inappropriate.

**Shuts Down Constantly**
By P4KM from Chandler, Ariz.
July 22, 2009

Bought this PC in February, Had for less than two months and had to take it in for service. [edit] Replaced the motherboard and the hard drive. I had it back less than a month and it started shutting down again. The computer works great if you only want to use it for 10 min. a day. Leave it off all night and just turn it on to check your email in the morning and it's fine. Don't try to

Was this review helpful?
Yes    No

Report as inappropriate.

8/17/2010 5:56 PM

do anything more or it will shut off. It's back to the shop tomorrow.

**Terrible**
By mtlhwttrk from Fort Worth, Texas
July 20, 2009

Nothing but problems out of the box. Three months operation and HD crashed.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Mine Does Not Run Hot**
By Hugh from Valparaiso, Fla.
July 18, 2009

After reading one of the reviews here about the 'MPC' (it's MCP by the way, not MPC) temperature being too high, I downloaded Everest and ran it on my system. My MCP is currently reading 72C, and the CPU is reading 36C (hottest core is 54C). I'm not sure what kind of stuff is being run on these systems that are overheating but I've never experienced a heating problem with this computer (well, it did shut down unexpectedly once, at the time I thought it hibernated but it was during a resize of the hard drive using Disk Director - I had to rebuild with the backup DVDs then, but since then no problems).

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Beware of This Computer**
By Nogoalz from Manassas, Va.
July 17, 2009

I bought the LX6810 about 4 months ago. It ran great until last Sunday. I have spent almost every spare minute...trying to figure out why it is randomly shutting down. A little research finds that it's an overheating problem, which has been addressed on dozens of forums and websites including their own.... I will be calling [a local shop] today to see what it will cost to have a case fan installed. I would stay away from this computer as it has known documented issues that are not being acknowledged or rectified by Gateway!

1 of 1 people found this review helpful.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Do Not Buy This**
By Downtown from Kent, Wash.
July 15, 2009

Obviously the model has shutdown problems, everyone on here knows it. C/net knows it, etc. Gateway seems to be oblivious even though it's on their webite reviews. Do not buy this...or you'll be sorry.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Do Not Buy This**
By Billm from Seattle, Wash.
July 15, 2009

Auto shutdown regularly. 3 times to the repair center. Hard to believe.... See all the real reviews (not written by Gateway employees), same problem. [Ed. Note: Only consumer purchasers of Gateway technology in stores and online post reviews.]

Was this review helpful?

| Yes | No |

Report as inappropriate.

8/17/2010 5:56 PM

**Missing Something?**
By Fooled from Orchard
Park, N.Y.
July 14, 2009

Good-looking specs. Bought primarily for transfering
8mm tapes, digital pictures, scanning pictures to DVD.
Probably something simple but file thumbnails do not
show the pictures or video, look at hundreds and try to
figure out what they are.... Another problem is my
[all-in-one] is not allowed by the computer to scan to a
file. Must be Gateway does not want repeat customers
or positive recommendations to potential customers. It
seems that new and great specs do not make a good
computer.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Shuts Down Constantly**
By Peter from Portland,
Ore.
July 13, 2009

This computer was fine for about 1 month. It then started
to shut down constantly. Poorly designed, crappy power
supply, and not enough fans. Gateway should be
ashamed.

1 of 1 people found this review helpful.

Was this review helpful?

| Yes | No |

Report as inappropriate.

‹ Previous    1    2    3    4    5    6    **7**    8    9    10    11    12    Next ›

## Write a Review

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.        E-Mail Signup    |    Site Map    |    About Us    |    Feedback    |    Contact Us

© 2010 Gateway    |    Legal    |    Privacy                         **United States**  (change country or region)

Windows®. Life without Walls™. Gateway recommends Windows 7

 Gateway.

## Desktops

Compare All Desktops    Deals ›

Customer Rating
(based on 118 reviews)
Read the reviews | Write a review



## Gatew

**$799.99 I**

Shop on

Find in a

Overview    Specifications    Gallery    Customer Revie⊠s    ⊠ E-Mail This Page    🖶 Print Specs    SHARE

## Customer Rating

(based on 118 reviews)

Sort by   Newest Date           **51%** of these customers would recommend this produ    ⏇ **Write a Review**

**Sucks**
By Rags from Ar
July 12, 2009

I bought this PC for my wife. We took 3 weeks to transfer her files and pics over to it; a week later it crashed. Retailer checked it out and sent it in; 3 weeks later I received the PC back.... A week later it crashed again, sent it in for 4 more weeks and they told me it was a software problem.... I'm not paying that to fix it. BTW, I bought Vista and it still crashes trying to load Vista up -- software -- right.

Was this review helpful?
[ Yes ]    [ No ]

Report as inappropriate.

**A Bit Disappointing, Thought It'd Be Better**
By Medina Regal from Fairfax, Va.
July 12, 2009

Great for multimedia and at stock. HD tuner and 56k modem fit its role very well, though if you want to transform it into a gaming computer it'll cost money and will be setback (as the PC technician said). It's not getting good air flow and if you want a great new graphics card you will need a new power supply and mother board to get that. 434.99 to transform into a gaming PC which is cool. plus the 8GB of ram and the 550GB of memory are pretty epic.

Was this review helpful?
[ Yes ]    [ No ]

Report as inappropriate.

**Auto-Shutdown**
By Neuro from Texas

I bought this computer after researching all my options. Here is my experience. - It's a bulky machine. - Does not have a built-in wireless. - Norton when expired will not allow you to connect to the internet. - Auto Shutdown -

Was this review helpful?
[ Yes ]    [ No ]

1 of 4

8/17/2010 5:56 PM

July 9, 2009

This is the major problem, not sure if this is a Trojan virus vs a faulty fan or some Vista problem, reading [a] blog it seems that it is a fan problem. Gateway needs to provide a fix for the autoshutdown problem, this computer is powerful, fast and has competitive pricing, but this problem is debilitating and has been reported by others as well.

Report as inappropriate.

**Disappointed**
By Saliger from St. Joseph, Mo.
July 8, 2009

I bought this computer at the end of January and now it's shutting itself off all the time. Have had it in the shop twice now.

Was this review helpful?

Yes      No

Report as inappropriate.

**WoW Gamer's Dream**
By Morningdove from NW Indiana
July 7, 2009

I got this to replace an old [competitor PC], and a newer [competitor] laptop. I have to say, for the money, this sucker packs a punch. I run WoW at max graphics with 4X oversampling and never run below 32 FPS, in Ulduar against Ignis or Razorscale. This machine rocks for WoW. I realize there're problems with every brand of computer, but this machine runs silent for me. Even the HD and fans are quiet. If you play WoW and raid, this machine is awesome for that. I'd recommend sticking in a separate network card, or check WoW's guidelines for integrated network cards if you have any lag issues, but so far, so good. I have to say I was skeptical about Gateway, hearing some horror stories, but this is a solid machine with plenty of options to make this system even better. I'd buy another in a heartbeat. Morningdove of Nesingwary, Horde.

Was this review helpful?

Yes      No

Report as inappropriate.

**Nightmare**
By Rosiel from Castro Valley, Calif.
July 5, 2009

I purchased this computer in April. At first everything was great, no issues. A month later the computer would randomly shut off by itself.... The problem still persists. Sigh.

Was this review helpful?

Yes      No

Report as inappropriate.

**Good, Real Good!**
By motrin from Chowchilla, Calif.
June 29, 2009

Got this computer the first week of June at [a local retailer] for [$]. It's almost July now, and I'm very pleased with the machine. I play the PC version of Gears of War and there is no lag or anything. The only thing I dislike is that now if you buy a new computer you get a free upgrade to Windows 7. I bought my computer 20 or so days too early. But seriously for the [$] I dare you to find a better, faster computer.

Was this review helpful?

Yes      No

Report as inappropriate.

**Crap**
By arlisb from Texas
June 29, 2009

Had to return it because it would shut down playing simple games. [The retailer] replaced it with a new one. I suspect the vid card was shot from the factory.

Was this review helpful?

Yes      No

Report as inappropriate.

8/17/2010 5:56 PM

**Say No**
By Noway from Cincinnati, Oh.
June 28, 2009

This machine is a disappointment. I am a PC technician and I wondered when I looked in the case and didn't see a case fan. Now I know. The system has an impressive-looking CPU fan, power supply fan. It needs more airflow to keep it cool—it shuts down intermittently.

Was this review helpful?

| Yes | No |

Report as inappropriate.

**Best PC for the Best Price!**
By Joseph W from Rhode Island
June 27, 2009

I had my eye on this computer for a while, amazed at the specifications, and even more amazed at the cheap price. I finally bought it along with a 23" [brand name] monitor, and boy, let me tell you, it's awesome! All of my games like World of Warcraft and Team Fortress 2 run perfectly with no lag. For any of you WoW players out there, with the video settings bar set to "Good", I never go below 40 frames per second in 25-man raids, or in Battlegrounds, or even in populated cities! Anywhere else, I'm always at 60 frames per second. (max) And I don't know what the other reviews are talking about, this PC doesn't get hot or overheat. Even after playing World of Warcraft for about an hour, it's not very hot at all. So, in a nutshell, this computer is very powerful, and for a very cheap price. I would recommend it to anyone who uses a computer!

Was this review helpful?

| Yes | No |

Report as inappropriate.

‹ Previous   1   2   3   4   5   6   7   **8**   9   10   11   12   Next ›

## Write a Review

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

8/17/2010 5:56 PM

Gateway products are available through select retailers.   E-Mail Signup   Site Map   About Us   Feedback   Contact Us

© 2010 Gateway   Legal   Privacy

**United States**  (change country or region)

8/17/2010 5:56 PM

Windows®. Life without Walls™. Gateway recommends Windows 7

 Gateway.

## Desktops

Compare All Desktops · Deals ›



Customer Rating

(based on 118 reviews)

Read the reviews | Write a review

Gatew

$799.99 ▮

Shop on▮



Find in a

**Overview** · Specifications · Gallery · Customer Revi▮▮ E-Mail This Page · Print Specs · SHARE

## Customer Rating

(based on 118 reviews)

Sort by   Newest Date        **51%** of these customers would recommend this produ    🎤 **Write a Review**

**Awesome!**
By xLiLxSm0k3x from Vista, Calif.
June 22, 2009

I will have to admit, I was worried when reading reviews on this computer, but I bought it anyways! And wow, amazing computer! Only little problem, I wish it came with recovery discs, LOL. Crashed it myself. But other than that, my favorite, #1 computer of all time!

1 of 1 people found this review helpful.

Was this review helpful?
| Yes | No |

Report as inappropriate.

**Not Too Bad**
By JimmyK from Miami, Fla.
June 21, 2009

My only beef with this system, well actually 2: no hard drive light, and a scaringly lack of fans. Since I spent a pretty penny for this PC, and was quite happy with it, I added 4 fans to cool it off. Why they would only put 1 is beyond me. I have it cooled very nice now and runs great. If you buy this, get 2 case fans, and 1 gpu fan extra. And a slow reboot. But what the heck, so long as it boots up without error, a few extra minutes isn't a biggie.

Was this review helpful?
| Yes | No |

Report as inappropriate.

**About 90% Happy**
By Aszure from Fort Lauderdale, Fla.
June 19, 2009

I got this on sale for [$] at [retailer]. It's been about a week so far. And so far so good. The reboot time seems to be slow. I am running off the install that was on the HD. I will probably do a fresh install of Vista. My only beef, and maybe it's me, or there might be a hack, but why no HDD light? It's almost a perfect system, but I

Was this review helpful?
| Yes | No |

Report as inappropriate.

8/17/2010 5:56 PM

haven't seen a PC without one—ever. I work in the industry, and that flashing HDD light can tell me if the system is frozen or just chomping at memory. Anywhoo—to make a long review short: If you need a nice entry-level quad system with a boatload of memory, it's a good buy.

**Disappointed**
By Dept. Mgr. from Oklahoma
June 17, 2009

I bought the 6200, had it for almost a month, motherboard fried. Got the 6800. Drivers are going to be the death of me. I hate this computer.

Was this review helpful?
Yes    No

Report as inappropriate.

**Nice, Noisy**
By Awawaw
June 14, 2009

The PC is nice, the hard drive makes some noise sometimes.

Was this review helpful?
Yes    No

Report as inappropriate.

**Top Notch**
By Skillet from Fresno, Calif.
June 13, 2009

From Apple to PC, I have owned nothing but Apple computers for the last 6 years and said I would never go back, for some reason I had an itch and the PC experience was calling my name. I set out looking at what I could by off the shelf and upgrade when need be. This computer had it all. I tested every one, I read all the reviews and even was a bit skeptical when I got it home, but a skeptic no more. Once I figured out how to set up Vista the right way (that suits my needs) this machine is great, and it handles Vista very well. (Once you make the needed adjustments.) Yes, my Macbook is still going strong in the household but this PC has a lot to offer and can keep up with the best [PC competitors] have to offer. I would not hesitate to buy it again!

Was this review helpful?
Yes    No

Report as inappropriate.

**LX6810 **Best PC****
By BL from Phoenix, Ariz.
June 12, 2009

I bought my last machine in 2007 and upgraded it as far as I could. I was looking for something with a decent price, but strong enough to keep me going for the next five years. This thing is awesome! I have run it through its paces with online games, surfing the net, and running a video--all at the same time. I did buy mine at BB, but this is hands down the best machine I have ever owned!

Was this review helpful?
Yes    No

Report as inappropriate.

**Sucks**
By Sucks from New York, N.Y.
June 11, 2009

I bought the lx6810-01 months ago. After 2 months, the computer just started shutting off by itself. Why? … It will be the last time I ever, ever buy Gateway. Ever.

Was this review helpful?
Yes    No

Report as inappropriate.

**Horrible**
By Jon from Connecticut
May 29, 2009

Had to get parts replaced now they wana charge me to get drivers cant get any drivers cant get mine up and going

Was this review helpful?
Yes    No

Report as inappropriate.

**Was skeptical at first**

When I purchased this PC I was a bit skeptical not because it's a Gateway but the Video card concerned me. I am an avid MMORPG gamer and have always

Was this review helpful?
Yes    No

8/17/2010 5:56 PM

By Lagrane from Buffalo, NY
May 8, 2009

custom built my own PC's. This time the price and componets were simply to hard to beat. I bougth the PC expecting to have to upgrade the Video. Boy was I surprised, not only does it handle my game but it can actually run 5 instances of the game each in their own window. Of course I did have to tone down the resolution a bit but even so the graphics are outstanding. This PC is so good in fact that my 18 year old son has decided that it is now his and I can't get on it anymore. If you have questions about the Video, foreget them it can handle anything you through at it.

Report as inappropriate.

‹ Previous   1   2   3   4   5   6   7   8   **9**   10   11   12   Next ›

## ✏ Write a Review

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes, GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.     E-Mail Signup ┊ Site Map ┊ About Us ┊ Feedback ┊ Contact Us

© 2010 Gateway ┊ Legal ┊ Privacy                          **United States**  (change country or region)

Windows®. Life without Walls™. Gateway recommends Windows 7

 **Gateway.**

## Desktops

Compare All Desktops    Deals ›



Gatew

**Customer Rating**
(based on 118 reviews)

$799.99 I

Read the reviews | Write a review

Shop on|

Find in a

---

**Overview**    **Specifications**    **Gallery**    **Customer Revi**⊠ **E-Mail This Page**    ⬛ **Print Specs**    ⬛ **SHARE**

## Customer Rating

(based on 118 reviews)

Sort by    Newest Date    **51% of these customers would recommend this produ**    ⬛ **Write a Review**

**GREAT**
By kjjsdiamond42 from Monroe,La
May 6, 2009

I have been stuck for yrs with other peoples computers n trying to work on them to keep them running smooth, I got this one cause with what i do i need something for gamming n working on other hard drives n this was the best. Looked at the FX n the LX was the best for the money way to go gateway

Was this review helpful?
[ Yes ]    [ No ]

Report as inappropriate.

**kick \*\*\* comp**
By VampireSShadoW from glen burnie,maryland
May 5, 2009

i got this comp 3months ago,and this thing kicks \*\*\*.i do recommend buying one,but with any PC keep it cool and it well work great.my old PC was 1.9gig processor and its "max" ramm was 1gig and a cheap video card with 256ramm.i put 4 fans on it and used it for TF2 and Need 4 Speed Most Wanted at max video and it worked well,but this comp i have now is so much more.use the media center with the remote.take the time to learn this comp at it full potential and you will be amazed.i learn more about it every week.great comp so far.many years ahead.

Was this review helpful?
[ Yes ]    [ No ]

Report as inappropriate.

**nightmare**
By slider from Salt Lake

I read all the reviews before I bought this pc. The [local retailer] guy said it was great,so I took the plunge the screen saver wouldn't work had to talk to microsoft got it working then stoped two weeks later got it working again

Was this review helpful?
[ Yes ]    [ No ]

8/17/2010 5:56 PM

City, Utah
May 3, 2009

It then would start shutting down randomly, and started disconecting from the web now it will not connect. I guess my next move is to send it in what a nightmare. Ps: I have only hade this pc 3 months

Report as inappropriate.

---

**The graphics adapter keeps failing.**
By RXN from Minnesota
April 24, 2009

I bought this computer a few months ago. It has been working great for me except the graphics. Yes, its not a gaming computer but I play World of Warcraft on it all the time and it works great except..when then load screen comes up on the game.. the graphics fail.. the screen turns black in the game. Sometimes The game becomes none-responsive and I have to wait 10 seconds for it to load and work again. I recommend that who ever is buying this computer for gaming.. keep in mind that you will need a new graphics card and video card.. overall its a very good computer.

Was this review helpful?
Yes   No

Report as inappropriate.

---

**Network adapter**
By Bradllll from Dayton Ohio
April 21, 2009

Bought this computer started having network adapter problems. I made [local retailer] give me a new computer. One week later same problem!!! [Local Internet provider] then hooked me thru the usb port and it worked great for two weeks. It now acts up once in a while. I see others have had similiar problems. I hope Gateway reads this once in awhile and tries to fix problem

Was this review helpful?
Yes   No

Report as inappropriate.

---

**Outstanding computer for the price.**
By Jarkoer from Panama City, Fla.
April 20, 2009

Owned my LX series for 6 months now. No problems, though that security feature of Vista that asks your permission every time you want to move a file got so annoying that I shut it off. Outstanding media and business computer, but if you want gaming then I'd definitely upgrade the video card. Like I said before -- it's been 6 months, and I'm still very happy with it!

Was this review helpful?
Yes   No

Report as inappropriate.

---

**Horrible service**
By Traci from Joliet, Ill.
April 20, 2009

We had this computer for 3 weeks when it started shutting itself off with no warning. Contacted [local retailer] who said we would need to deal with Gateway for repair. It is now almost 4 months later and we still don't have the machine back. Absolutely horrible product.

Was this review helpful?
Yes   No

Report as inappropriate.

---

**Best computer**
By Chrissy from Lawrence, Kan.
April 18, 2009

I bought the Gateway LX6810-01 about 2 weeks ago. It is the best computer that I have ever owned. It has spectacular graphics for the price and my World of Warcraft gaming has no lagging like my previous computer. I did have a lot of problems with the internet connection but overall I am very satisfied with it. I would recommend this computer to anyone especially gamers.

Was this review helpful?
Yes   No

Report as inappropriate.

---

**Not a Gamble, After All**
By Tryst from San Francisco
April 11, 2009

So I am quite the stickler for having a good computer. I thought Vista would be a pain but it is quite the pleasure with this system. This computer has taken everything I have thrown at it. I try to max it out but can not do it as of yet. Eight gigs of ram make you think your house is bigger. All and all, I am very happy I made this purchase. An amazing price, and an amazing deal, period.

Was this review helpful?
Yes   No

Report as inappropriate.

---

**Decent Buy**

When I first picked up this model, I was very disappointed to find that the processor was fried before I even got Windows fully booted up. After taking the first

Was this review helpful?
Yes   No

---

8/17/2010 5:56 PM

By Khrys from Texas
April 9, 2009

one back and exchanging it for a working system, I have been very happy with its overall performance. Only qualms I have had with the second unit involve the sound (which doesn't seem to work with), and the system will overheat and shut down if used for online hi-performance gaming for more than an hour at a time. When it *is* working properly, outstanding graphics.

Report as inappropriate.

‹ Previous    1    2    3    4    5    6    7    8    9    **10**    11    12    Next ›

📎 **Write a Review**

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.    E-Mail Signup    Site Map    About Us    Feedback    Contact Us

© 2010 Gateway    Legal    Privacy

**United States**   (change country or region)

of 3

8/17/2010 5:56 PM

Windows®. Life without Walls™. Gateway recommends Windows 7



## Desktops

Compare All Desktops    Deals ›

Customer Rating

(based on 118 reviews)

Read the reviews | Write a review



**Gatew**

**$799.99**

Shop on

Find in a

Overview    Specifications    Gallery    Customer Review    E-Mail This Page    Print Specs    SHARE

## Customer Rating

(based on 118 reviews)

Sort by    Newest Date        **51%** of these customers would recommend this produ    Write a Review

**[With a Little Tweaking]**
By RDP from Rockford, Ill.
April 8, 2009

I bought this computer from [a local retailer] and they had one "ready to go" that was supposed to have been optimized.... Spent the entire night trying to get the computer from crashing over and over - gave up and returned it for a new "untouched" one.... Good news is out of the box with a little tweaking it runs great. Thanks.

Was this review helpful?

Yes    No

Report as inappropriate.

**Very Nice**
By Enokeee from Myrtle Beach, S.C.
April 8, 2009

I just purchased this machine replacing a 6-year-old [competitor model]. I am extremely satisfied with the entire unit.

Was this review helpful?

Yes    No

Report as inappropriate.

**Best Purchase Ever**
By Richardboricua from Puerto Rico
April 5, 2009

Best purchase ever. For [$] this is the best buy on the market.

Was this review helpful?

Yes    No

Report as inappropriate.

My old XP machine was on its final days so I began a

Was this review helpful?

1 of 3

8/17/2010 5:57 PM

**More Bang for your Buck!**
By HugoBoss from Joliet, Il
April 2, 2009

search for a new PC,. I compared 3 main things, 1. Ram, 2. hard drive and Price. After comparing several brands NOTHING came close to this machine. This machine is awesome, Speed is great I can have several down loads going and be online IMing or just surfing the net and there is No sign of a slow down, you cant even tell you have several Apps going! Very smooth running machine, TV tuner and graphics card, great too, w/ the ram of this machine and my High speed Internet I can watch shows w/ out a hitch on the net or my recorded shows! Cant beat the hard drive size for this price, and if that's still to small it does have 2 easy to get to expansion bays in front of the PC for 2 more hard drives with handles. And what man doesn't love a Remote? This is a Great multimedia machine.

Was this review helpful?
Yes     No

Report as inappropriate.

**Hot dawg!!!**
By Grannelle from Oak Ridge, TN
April 1, 2009

I had purchased an eMachine system, entry level, for school. Couldn't keep my (most lovely) Sims 2 playing wife off of it. Decided I was gonna buy something that would get me through the next 6 years of school. Went with this and a 23" monitor. By the time I got the cable box hooked up, being the TV addict that I am, I've barely gotten any real work done yet. This thing is KILLER! Couldn't be happier. My son, who is just starting college, fell in love with it and went out and bought one too!

Was this review helpful?
Yes     No

Report as inappropriate.

**LX6810-01**
By Seek from fresno, California
March 30, 2009

I have had nothing but trouble with the sound on this computer. The sound first started off as crackling and then the sound would turn off and not come back on until i restarted it or turned it off and on. It gets really annoying. But every thing else on the computer is great.

Was this review helpful?
Yes     No

Report as inappropriate.

**Awesome**
By BURT from RIchwood, Ohio
March 28, 2009

Have had this computer for a week now and I am amazed on how fast his unit is. My old computer is over 8 years old with 1.5 gig of memory. This ones runs circles around it and at a cheaper price then i paid for the old one 8 years ago.

Was this review helpful?
Yes     No

Report as inappropriate.

**great buy**
By expedition17350 from michigan
March 28, 2009

GREAT GAMING SYSTEM BUT BUYERS BEWARE THAT IF THIS SYSTEM IS USED FOR LONG PERIODS OF TIME FOR GAMING OR OTHER APPLICATIONS IT WILL OVER HEAT AND SHUT IT SELF DOWN AT RANDOM OVER AND OVER AGAIN! IF YOU BUY THIS SYSTEM PURCHASE AT LEAST TWO MORE INTERNAL F74 FOR KEEPING THIS SYSTEM COOL. I PURCHASED THREE MORE AND MY TOWER IS ICE COLD NOW....

Was this review helpful?
Yes     No

Report as inappropriate.

**Itz Amazing**
By Warcraft heaven from NY
March 28, 2009

This is such a good comp!!!! buy it!

Was this review helpful?
Yes     No

Report as inappropriate.

**Nice computer, not**

It's a nice computer, when I bought mine it only had the ATi built in video chip (2600 maybe?) and it was/is a solid buy at $799 if you don't want to play modern games

Was this review helpful?
Yes     No

8/17/2010 5:57 PM

**very good for gaming**
By Jalida from Palm
Springs, CA
March 24, 2009

on it however you want to play modern games you
WILL need another video card and P68 another more
powerful power supply to supply that modern video card.
As it was out of the box, the computer couldn't even play
World of Warcraft on low settings. But this is touted as a
multimedia PC and NOT a gaming PC. Overall, if you
want a computer for multimedia, this is a great buy.
HOWEVER... It's still a bit too loud (stock configuration)
for a livingroom box, so use it for what it's meant for... A
solid Multimedia PC for the home office. If I had to do it
over again, I WOULD purchase this computer even
knowing I'd have to add a new video card and power
supply to power that video card to play my games. It's
been ROCK SOLID since buying it 6 months ago.

Report as inappropriate.

‹ Previous   1   2   3   4   5   6   7   8   9   10   **11**   12   Next ›

📎 **Write a Review**

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.     E-Mail Signup  ·  Site Map  ·  About Us  ·  Feedback  ·  Contact Us

© 2010 Gateway  ·  Legal  ·  Privacy                              **United States**  (change country or region)

Windows®. Life without Walls™. Gateway recommends Windows 7

 **Gateway.**

## Desktops

Compare All Desktops | Deals ›

### Customer Rating
(based on 118 reviews)

Read the reviews | Write a review



**Gatew**

**$799.99 !**

Shop on!

Find in a

---

Overview | Specifications | Gallery | Customer Revie... | E-Mail This Page | Print Specs | SHARE

## Customer Rating

(based on 118 reviews)

Sort by  Newest Date

**51%** of these customers would recommend this produ...   Write a Review

**Good pc but network adapter gives problems**
By Zach99
March 23, 2009

everything works fine with this computer, the only problem i have with it ever since i got it was that it would say network cable not plugged in when it is and randomly disconnects

Was this review helpful?
Yes | No

Report as inappropriate.

**Great... once it worked**
By Gryss from Bay Area, California
March 23, 2009

I picked up a LX6810-01 last week to replace my current aging gaming PC. I mostly play online games such as World of Warcraft. I got it home and unpacked it. It was packed well and was Very straight forward to set up if you don't know what you are doing. When it came time to install some games from my stacks of DvDs the drive would not open. Needless to say this troubled me right off the bat. So I poked around inside the case and found that the DvD drive was simply not plugged in. After that it worked great. Beside that small hiccup the computer runs great. Very fast in games and editing high res screen shots and images. The USB ports are great. Just to give an idea to any other WoW players I am getting 45 fps during 25man heroic OS with 3 drakes (All video settings maxed). CPU usage was at 20-30% on a 24inch

Was this review helpful?
Yes | No

Report as inappropriate.

monitor. At was not for the DvD drive issue I would gladly give this computer 5 stars. Very Very VERY happy with it so far. I would buy this again.

| | | |
|---|---|---|
| **Worth the price for what you get** By wes1357 from St. Louis, MO March 21, 2009 | I saw this computer in the weekly add for BB and I knew that with the specs, it was exactly what I was looking for. I was hoping to get a Motherboard that supports upto 16 Gb of Ram but, 8 already installed is not bad at all. I really like how fast this computer is and really makes my online experience enjoyable. I was looking for a pc that could keep up with my 10 mbps download speeds. This certainly does that and really good fps on Unreal III. Not as good trying to run Counter-Strike maybe the game not the pc. Overall, great buy. | Was this review helpful? [ Yes ] [ No ] Report as inappropriate. |
| **Best PC Ever Owned** By CP from MA March 19, 2009 | This is by far the best pc i have ever owned. Lightnight fast tons of memory and hard drive space, plus slots for two more harddrives u can upgrade this thing for years. the graphics card is awsome, i got a gateway 22' screen w/ mine wich was great as well. The only reason i give it 4 not five stars is no blu-ray player/burner but they do giove you an extra slot if you want to add one so its still great value for the money. im happy i went w/ this one only too many times ive spent alot of money on a pc only to be out dated in 6 moths not this time. this pc is way ahead of everything else on the market for the price and very upgradeable. But 1 if looking for a great pc. | Was this review helpful? [ Yes ] [ No ] Report as inappropriate. |
| **Awsome bang for your buck** By John from Washington March 17, 2009 | I have had this computer for a month or so now and I am extremely impressed. multi-tasks great and have had no problems what so ever. One thing is the black case attracts dust | Was this review helpful? [ Yes ] [ No ] Report as inappropriate. |
| **Absolutely great computer** By Casey388 from Central Iowa March 16, 2009 | We bought this computer 3 weeks ago for my wife's photography business. It handles all of her photography programs with no problems at all. Every computer I ever had has never been able to run Vista well enough that I would like to use it but this computer handles it without even breaking a sweat. I had to hook up the cable and use it as a media center pc and every program looked great on the 22" inch hd def monitor. An absolutely great buy. | Was this review helpful? [ Yes ] [ No ] Report as inappropriate. |
| **G2G.** By Kyne from TX March 15, 2009 | G2G = Good to Go. Computer worked flawlessly right out of the box. Booted up in no time, and runs everything quite smoothly. The multitasking capability is impressive, as I can type out a document/transfer files/browse the internet and watch a movie all at the same time with no slowdown. I use a pretty decent moniter (ACER 23 so it's big enough to support doing everything at once. Gaming is also a plus side as the graphics card is good enough and the RAM makes things move fluently. Definately worth the money, and one of the best PC's out on the market at the moment for the buck to bang ratio. Only thing that initially gave me trouble was the top card reader. You need to press a little hard for the bay to pop out, but it's nothing serious. The lower pop-out bay works fine. | Was this review helpful? [ Yes ] [ No ] Report as inappropriate. |

8/17/2010 5:57 PM

**Pretty Pathetic**
By Kilroy from Colorado
March 14, 2009

I've brought this computer home yesterday and have had nothing but trouble since. The Specs are great, especially for the price, but I suspect in true gateway fashion the parts are all cheap crap. It took hours just to get an external USB hard drive to be recognized by the system. My windows mobile device still isn't being recognized, and to make matters worse, the online tech support won't load. The system also hangs indefinately at shut down if my external HDD is turned on. I recommend avoiding this system. Spend the extra $100.00 at ibuypower.com and get something that works out of the box.

Was this review helpful?

| Yes | No |
|-----|-----|

Report as inappropriate.

‹ Previous   1   2   3   4   5   6   7   8   9   10   11   **12**   Next ›

▯ Write a Review

[1] Intel, the Intel logo, Intel Core, and Core Inside are trademarks of Intel Corporation in the U.S. and other countries.

[2] HD requires ATSC digital antenna (not included). HD signal reception depends on multiple factors.

[3] A 60-day complimentary subscription to Microsoft® Office 2007 is included. An Internet connection is required to start the trial.

[4] MB = 1 million bytes; GB = 1 billion bytes; TB = 1 trillion bytes. Accessible capacity may vary due to preloaded materials and operating environment. Gateway Recovery Management utilizes up to 10 GB of the stated hard disk capacity as dedicated backup space.

[5] Certain functions could require use of an adapter supplied with the media card and/or operate in non-secure mode only.

[6] A 60-day complimentary subscription to the Norton offering is included. An Internet connection is required.

[7] Labelflash™ media required. For more information, visit the Labelflash™ website.

[8] Overall system performance is based on several PC attributes; GHz, processor clock speed, is one of the attributes.

[9] Windows 64-bit versions are intended to work with 64-bit drivers and peripherals. Windows 32-bit compatible applications work in Windows 64-bit versions. For information about updating drivers and troubleshooting issues with device drivers for 64-bit versions of Windows, contact the manufacturer of the device or program or check the Microsoft website for additional information.

[10] Shared system memory may be allocated to support integrated graphics, depending on system memory size and other factors. Actual system memory available to the operating system will be reduced by the amount of dedicated and/or shared system memory utilized by the graphics solution and resources required by the operating environment.

[11] Dolby® is a registered trademark of Dolby® Laboratories.

[12] Limited warranties and service agreements apply; visit www.gateway.com for a free copy. Service agreements are issued and performed by third parties. May not be available in all locations. Accidental Damage Protection not available in all states. If a plan is purchased, an on-site service technician will be sent if necessary, following troubleshooting. Availability varies. Other conditions apply.

See retailer for sale terms and conditions. For coverage, see our Limited Warranty and Terms & Conditions Agreement. Offers subject to change; Gateway is not responsible for pricing errors.

Gateway products are available through select retailers.     E-Mail Signup  ⋮  Site Map  ⋮  About Us  ⋮  Feedback  ⋮  Contact Us

© 2010 Gateway  ⋮  Legal  ⋮  Privacy     🌐  **United States**  (change country or region)

# EXHIBIT B

CNET Reviews

- ○ home
  - ○ reviews
  - ○ news
  - ○ downloads
  - ○ video
- On BNET: 5 classic computer pranks
  - ○
  - ○ log in
  - ○ join CNET

[ Go ]

- • Cell Phones
- • Camcorders
- • Digital Cameras
- • Laptops
- • TVs
- • Car Tech
- • All Categories
- • Forums

‹ d › **Nokia phones only from AT&T**

- • Home
- • Reviews
- • Gateway LX 6810-01

Ad Info ▾



A surprisingly low price.    TV + INTERNET + PHONE  $139⁹⁹ a month    TIME WARNER CABLE  THE POWER OF YOU    Get it now

- • **Product brief**

- • **User reviews**

- • **Specifications**

# Gateway LX 6810-01

- • Share
- • Add to my list
- • Print
- • E-mail
- • Like

**User Reviews**

- **Average user rating:** 2.5 stars out of 42 reviews Back to product review

- **Rating Breakdown:**
- **5 star:**
  **10/42**
  **10**
- **4 star:**
  **5/42**
  **5**
- **3 star:**
  **4/42**
  **4**
- **2 star:**
  **7/42**
  **7**
- **1 star:**
  **16/42**
  **16**

**My rating:** 0 stars

you have not rated this yet

Write review

- Show:
- Full reviews
- Pros Only
- Cons Only

Sort by:  Date

- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9
- next

**1 through 5 of 42 results**

- 0.5 stars

  **"Gateway refuses to repair shutdown problem" by Takingaction on August 19, 2010**

  **Pros:** nothing good

  **Cons:** Randomly shuts down because cooling fans are insufficient and runs too hot