**Summary:** This is a common problem with the Gateway LX6810 and is obviously a defect. We have demanded that Gateway fix the problem or issue refunds but they refuse. We are filing a class action against Gateway. if you would like to join, send an email to classaction.com@gmail.com.

- ○ Reply to this review
- ○ Was this review helpful? (0) (0)

Report this post  Email this post  Permalink to this post

- 0.5 stars

**"not worth the money!!!!"** by pc_greatest on **March 5, 2010**

**Pros:** none that i can think of.

**Cons:** Computer is noisy, fan is constantly running. Only one fan for cpu, causing the computer to shut down frin overheating. Called gateway, asks you to send it back to them at your own expense. TV tuner sucks, useless piece of junk.

**Summary:** The product didn't work, keeps shutting off, gateway refused to take responsibility in fixing these problem even though its not just one person problem, it seems that almost everybody is encountering the same problem. They should take responsibility in fixing without making us paid for their mistake. Thank god they only make computers and anything that can endanger my life.

Services at gateway is getting worse and worse every year. Every time i called there customer service, it gets send to a person that barely speaks any english. If you do want to speak to someone that is not out of this freaking country, it cost you 30 bucks to speak to someone in texas.

I hope they get put out of business soon...they suck.

- ○ Reply to this review
- ○ Was this review helpful? (0) (0)

Report this post  Email this post  Permalink to this post

- 4.5 stars

**"Great Machine after cooling issue is resolved."** by bwalsh0724 on **December 29, 2009**

**Pros:** Screaming machine for the price. just needs blueray, bluetooth and WiFi.

**Cons:** Overheating Issue

**Summary:** As others have indicated on multiple sites there is a cooling issue that causes the computer to shut down by its self. Solutions: clean the fan and heat sink every few months; add two additional cooling fans; install the computers parts in a new tower with better cooling; or as I did install the computer parts in a fish tank submerged in mineral oil.

- ○ Reply to this review
- ○ Was this review helpful? (1) (0)

Report this post  Email this post  Permalink to this post

- 5.0 stars

**"Over Heating/Shutting Down Issue"** by searcy2001 on November 30, 2009

**Pros:** I think this computer is really good. It is really fast and does everything that I need, when it works. I know everyone has been having an issue with it shutting down and over heating. Continued below

**Cons:** Shutting Down/Over Heating... Read below

**Summary:** I have read multiple sites that have had the same information... It keeps shutting down, they contact gateway, and no one has a solution. Well I can tell you what has been working for me. Whenever my computer shuts down, I take the side cover off... There is a fan over the processor, take that off. You will see the metal shroud on the processor. Mine keeps getting dirty with dust buildup and that is what is causing it to over heat. I simply clean it all out with compressed air, wipe it all down, and that fixes it for a few months. Or until it gets dirty again. I know this isn't a very good solution, but it is what keeps working for me, and the only cause that I have found for the shut down. And I am sure that it will not work for everyone, but hope it will help some. Thanks for reading, and have a good day.

- ○ Reply to this review

- ○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- ○ 2.0 stars

**"It does overheat and shutdown"** by grimsteel on November 26, 2009

**Pros:** Alot for the money but what good does it do if you cant use it?

**Cons:** Like the other reviews I jsut read my pc started shutting down while playing AION. It simple restarts a few mins into game but works fine for web etc. I opened cover and place an outside fan on it and it works but I shouldnt have to do this.

**Summary:** Would be a great machine if they would fix the over heating issue.

- ○ Reply to this review

- ○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- ○ 1
- ○ 2
- ○ 3
- ○ 4
- ○ 5
- ○ 6
- ○ 7
- ○ 8
- ○ 9
- ○ next

**1 through 5 of 42 results**

**You are not logged in. Please log in with CNET, Facebook, or create a CNET account.**

**1. Rate this product:** 0 stars (Mouse over the stars to rate this product and click to set your rating.)

**2. One-line summary:** (Summarize your review in one line. 10 characters minimum; required.) **Count: 0 of 55 characters**

**3. Pros:** (Tell us what you like about this product. 10 characters minimum; required.) **Count: 0 of 250**

characters

**4. Cons:** (Tell us what you don't like about this product. 10 characters minimum; required.) **Count: 0 of 250**

characters

**5. Bottom-line summary:** (Explain to us in detail why you like or dislike the product, focusing your comments on the product's features and functionality, and your experience using the product. This field is optional.)

**Count: 0 of 5000 characters**

The posting of advertisements, profanity, or personal attacks are prohibited. Click here to review our site terms of use.

**Submit**

## Where to buy

Pricing is not available from any of our online merchants.



Special sponsor stores

Intel        Lenovo        Dell Home
             Desktops



**Compare the Gateway LX 6810-01 to others**

Compare Selected

☐ select



**Gateway SX2801-01e** Starting at $519.99

☐ select



**Gateway SX2840-01**

☐ select



**Gateway DX4831-01e**

☐ select



**HP Pavilion p6510y** Starting at $529.99

## Explore more on cnet

Before you buy
 Editors' top desktops
 Desktop buying guide
 See all desktop reviews

More on desktops
 Desktop blog
 PC troubleshooting tutorials

Desktop forum
Security Center Weekly newsletter

Reviews & advice
Site map
Editorial policies
Meet the editors
How we test
Forums
Internet speed test

Popular topics
Apple iPhone
Apple iPod
Cell phones
CES 2010
GPS
LCD TV
Other popular topics

CNET sites
CNET Site map
Video
Downloads
News
Reviews
Shopper.com
Other CNET sites

More information
Newsletters
CNET Mobile
CNET Widgets
Customer Help Center
RSS
CNET API
About CNET
About CBS Interactive

TOP PRODUCTS FROM TOP BRANDS

- Dell products
  - Home desktops
  - Home notebooks
- Samsung
  - Televisions
  - Mobile Phones
  - Blu-Ray & Home Theater
  - Notebooks
  - Monitors & Printers
  - Cameras & Camcorders
- Intel products
  - Notebooks
  - Desktops

- ○ Internet Devices
  - ○ AT&T products
    - ○ Cell phones
  - ○ Acer products
    - ○ Notebooks

- Popular on CBS sites:
- US Open
- PGA Championship
- iPad
- Video Game Reviews
- Cell Phones

- © 2010 CBS Interactive. All rights reserved.
- Privacy Policy
- Terms of Use
- Mobile User Agreement

- Visit other CBS Interactive sites:

Select Site        GO

CNET Reviews

- '
  - ° home
  - ° reviews
  - ° news
  - ° downloads
  - ° video
- On TechRepublic: 10 reasons your kids should use Linux
-
  - ° log in
  - ° join CNET

[ Go ]

- Cell Phones
- Camcorders
- Digital Cameras
- Laptops
- TVs
- Car Tech
- All Categories
- Forums

**Motorola phones only from AT&T**

- Home
- Reviews
- Gateway LX 6810-01

Ad Info▾



- **Product brief**

- **User reviews**

- **Specifications**

# Gateway LX 6810-01 - Page 2

- Share
- Add to my list
- Print
- E-mail
  - Like

**User Reviews**

- **Average user rating:** 2.5 stars out of 42 reviews Back to product review

- **Rating Breakdown:**
- **5 star:**
  **10/42**
  **10**
- **4 star:**
  **5/42**
  **5**
- **3 star:**
  **4/42**
  **4**
- **2 star:**
  **7/42**
  **7**
- **1 star:**
  **16/42**
  **16**

**My rating:** 0 stars

you have not rated this yet

Write review

- Show:
- Full reviews
- Pros Only
- Cons Only

Sort by:  Date

- prev
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9
- next

**6 through 10 of 42 results**

- 2.0 stars

  **"Runs Great! Until about 4-5 months after you buy it."** by weespat on November 15, 2009

  Pros: Runs like a freakin' maniac!
  Runs Windows 7 like it wasn't even there!
  Very fast, good hard drive space, and excellent multimedia capibilities

**Cons:** After 4-5 months RANDOM SHUT DOWNS
I've always had some sort of issue with this computer
Gateway refuses to recognize the random shutdown problem that EVERYONE IS HAVING

**Summary:** Great computer, it ran great... if it wasn't for the random shutdowns. After about 4 months of having this computer, it started randomly shutting down, I was very displeased. We contacted gateway about the problem, they tried to say it was my fault for running Windows 7, and now I have to restore my system to have them check my system out... one problem, my computer never came with a disk and the built in system restore function is nowhere to be found. I would recommend it, if the shutdowns weren't so annoying. It seems that if I buy another fan, it will stop shutting down. Besides that, best computer I've ever used.

  ◦ Reply to this review

  ◦ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- 5.0 stars

**"runs fine... if you know how to adjust settings."** by teajayo on November 8, 2009

**Pros:** expansion slots infront, easy acces to install a new harddrive with windows7 on it. and still keep vista64 bit

**Cons:** none. read below.

**Summary:** after experiencing shut downs, removing the sides, still having shut downs.... making sure NO dust inside.. I looked at the POWER OPTIONS in the SYSTEM and MAINTENANCE section of the control panel. It was set to HIGH PERFORMANCE <<< thats not needed, change it to BALANCED and that's it !! NO MORE shut downs. This machine has been running for 3 months with no shut downs unless I re~boot. Now, going to install Windows7 on a new harddrive which will be EASY to install with the front expansion access slots.

Gateway has never made computers for people who need their hand held any time anything goes wrong. I run windows 2000 server on an older Gateway g6-400. I have the two machines networked directly thru their cards and share the new keyboard/mouse and excellent monitor the LX 6810 came with. They run fine together. But if you cant solve simple problems and need your hand held at the slightest "little" glitch... then u need an HP or a dell or a.... *** cringe **** MAC.

  ◦ Reply to this review

  ◦ Read reply (1)

  ◦ Was this review helpful? (1) (0)

Report this post Email this post Permalink to this post

- 1.0 stars

**"Thought it was a bargain-guess you get what you pay for"** by dawgenstein on November 5, 2009

**Pros:** 2 front-loading slide-in SATA hard drive bays. Simplifies moving a hard-drive from old machine w/o having to open the case and mess with cables, screws, etc.
Speedy Intel 2.3 GHz quad core proc. w/4MB L2 cache, 8 GB's of RAM, Large 640 GB hard drive

**Cons:** 6 months after purchase, had motherboard failure. Even under warranty, had to pay $40 out of pocket to ship the machine back to the Gateway repair center for a replacement. Getting warranty service was worse.
Very cheap mouse/keyboard.

**Summary:** Considering this machine had a catastrophic failure after 6 months of ownership, I had second thoughts about the purchase. Then I had to experience 2 weeks of hassling with Gateway support to get them to honor the warranty. The machine had a catastrophic MoBo failure and it took over 15 emails to Gateway to get them to finally give me a repair authorization. To add insult to injury, they made me pay the one-way shipping ($40) to their repair center. I did get the machine back in working condition but have learned a lesson. This was my first and will be my last Gateway machine.

- ◦ Reply to this review

- ◦ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- ◦ 1.5 stars

**"DO NOT BUY"** by out2600 on November 4, 2009

**Pros:** i also bought a big screen and like that. i couldn't rate under 1.5 stars and it wouldn't let me do zero stars.

**Cons:** i've tried to write about the random shut downs three times now but it keeps shutting down. it is 6 mths old and still under warranty...shut down a few times in the past 6 mths, now it shuts down every minute or every 2-5 minutes.

**Summary:** i am very unhappy with the performance. i feel like i wasted my money. i haven't gone to best buy but after reading other reviews, it seems like they know about this problem with this model and don't work in the consumer's best interest. it also sounds like gateway is the same. bottom line--read these reviews on the models before you make the purchase. i have a computer i can't use!

Updated on Nov 4, 2009

in addition, i have to run my antivirus software after each shut down because i can't get on the internet any other way. then i've got like 1-2-5 minutes to do whatever i have to do on the computer before it shuts down again. lovely machine.

- ◦ Reply to this review

- ◦ Read replies (2)

- ◦ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- • 0.5 stars

**"A absolute piece of crap"** by joelhills on October 28, 2009

**Pros:** High performance processor and great video card

**Cons:** Everything else. System crashes from overheating if you do anything, no point in having a high performance machine if you can't use it or it burns up.

**Summary:** I will never buy a Gateway again. I will pay the extra money and go a system worth the money who's company actually backs their product.

- ◦ Reply to this review

- ◦ Was this review helpful? (0) (0)

Report this post  Email this post  Permalink to this post

- • prev
- • 1
- • 2
- • 3
- • 4
- • 5
- • 6
- • 7
- • 8
- • 9
- • next

**6 through 10 of 42 results**

**You are not logged in. Please log in with CNET,** 📘 **Login with Facebook** **, or create a CNET account.**

**1. Rate this product:** 0 stars (Mouse over the stars to rate this product and click to set your rating.)

**2. One-line summary:** (Summarize your review in one line. 10 characters minimum; required.) **Count: 0 of 55 characters**

**3. Pros:** (Tell us what you like about this product. 10 characters minimum; required.) **Count: 0 of 250**

**characters**

**4. Cons:** (Tell us what you don't like about this product. 10 characters minimum; required.) **Count: 0 of 250**

**characters**

**5. Bottom-line summary:** (Explain to us in detail why you like or dislike the product, focusing your comments on the product's features and functionality, and your experience using the product. This field is optional.)

**Count: 0 of 5000 characters**

The posting of advertisements, profanity, or personal attacks are prohibited. Click here to review our site terms of use.

**Submit**

# Where to buy

Pricing is not available from any of our online merchants.

Ad Info ▾



Special sponsor stores

| Dell Home | Lenovo Desktops | Intel |
| --- | --- | --- |

Ad Info▼

See what's new
in Office 2010       ⊞Office

## Compare the Gateway LX 6810-01 to other s

Compare Selected

☐ select



Gateway SX2801-01e Starting at $519.99

☐ select



Gateway SX2840-01

☐ select



**Gateway DX4831-01e**

☐ select



**HP Pavilion p6510y** Starting at $529.99

## Explore more on cnet

Before you buy
    Editors' top desktops
    Desktop buying guide
    See all desktop reviews

More on desktops
    Desktop blog
    PC troubleshooting tutorials
    Desktop forum
    Security Center Weekly newsletter

Reviews & advice
    Site map
    Editorial policies
    Meet the editors
    How we test
    Forums
    Internet speed test

Popular topics
    Apple iPhone
    Apple iPod
    Cell phones
    CES 2010
    GPS
    LCD TV
    Other popular topics

CNET sites
    CNET Site map
    Video
    Downloads
    News
    Reviews
    Shopper.com

Other CNET sites

More information
Newsletters
CNET Mobile
CNET Widgets
Customer Help Center
RSS
CNET API
About CNET
About CBS Interactive

## TOP PRODUCTS FROM TOP BRANDS

- Dell products
  - Home desktops
  - Home notebooks
- Samsung
  - Televisions
  - Mobile Phones
  - Blu-Ray & Home Theater
  - Notebooks
  - Monitors & Printers
  - Cameras & Camcorders
- Intel products
  - Notebooks
  - Desktops
  - Internet Devices
- AT&T products
  - Cell phones
- Acer products
  - Notebooks

- Popular on CBS sites:
- US Open
- PGA Championship
- iPad
- Video Game Reviews
- Cell Phones

- © 2010 CBS Interactive. All rights reserved.
- Privacy Policy
- Terms of Use
- Mobile User Agreement

- Visit other CBS Interactive sites:

Select Site         GO

CNET Reviews

- 
  - home
  - reviews
  - news
  - downloads
  - video
- On BNET: 5 classic computer pranks
- 
  - log in
  - join CNET

[Go]

- Cell Phones
- Camcorders
- Digital Cameras
- Laptops
- TVs
- Car Tech
- All Categories
- Forums

**Nokia phones only from AT&T**

- Home
- Reviews
- Gateway LX 6810-01

Ad Info

- **Product brief**
- **User reviews**
- **Specifications**

# Gateway LX 6810-01 - Page 3

- Share
- Add to my list
- Print
- E-mail
- Yahoo! Buzz

Like

# User Reviews

- **Average user rating:** 2.5 stars out of 42 reviews <u>Back to product review</u>

- **Rating Breakdown:**
  - **5 star:**
    **10/42**
    **10**
  - **4 star:**
    **5/42**
    **5**
  - **3 star:**
    **4/42**
    **4**
  - **2 star:**
    **7/42**
    **7**
  - **1 star:**
    **16/42**
    **16**

**My rating:** <u>0 stars</u>

you have not rated this yet

<u>Write review</u>

- Show:
- Full reviews
- <u>Pros Only</u>
- <u>Cons Only</u>

Sort by:  Date

- <u>prev</u>
- <u>1</u>
- <u>2</u>
- <u>3</u>
- <u>4</u>
- <u>5</u>
- <u>6</u>
- <u>7</u>
- <u>8</u>
- <u>9</u>
- <u>next</u>

**11 through 15 of 42 results**

- <u>1.0 stars</u>

  <u>**"Overheating after a few months"**</u> **by** <u>FriedPC</u> **on October 13, 2009**

  **Pros:** Processor, Memory, lots of pluses right of the box

**Cons:** Random shutdowns after a few months of ownership; Hang on reboot between Bios and Windows; Vista; Lack of documenation; RCA audio jacks not working (Hardware or software...who knows. No doco)

**Summary:** RUN AWAY!!! I would never buy this machine again or recommend it to anyone. I do not blame Gatway for the issues with Vista, but they have a major design flaw in their ventilation that causes the machine to overheat. They also have very poor documenation. Additionally their web-site is very poor and has technical issues with the search capability.

- ◦ Reply to this review

- ◦ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- • 4.5 stars

**"Random ShutDowns YES! But Awesome Otherwise."** by shakethebabyass on October 8, 2009

**Pros:** *hella fast
*Great Hardware
*Cheap

**Cons:** I to have encountered the shutdowns. It was enough to mak eme call Best Buy and Gateway and go off on them to the point where I was threatened to be arrested for verbal abuse.
BUT(read Bottom line)

**Summary:** *continued* , everytime I have the shutdowns (about every 4 months) I clean it out with Air and it stops.
I still luv this computer the most. I also love Gateway despite this flaw.
They did offer to take it and look at it but I didnt want to send it in.
~~~~~~~~~~BOTTOM LINE~~~~~~~~~~~~~~~

I would make sure this issue is resolved before buying. We do not deserve ANY problems for the crap load of money we pay.
If that was fixed, I would recommend it to EVERYONE!

- ◦ Reply to this review

- ◦ Read reply ( 1 )

- ◦ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- • 1.0 stars

**"Freezes up and Best Buy cant fix it"** by Martinismad on September 3, 2009

**Pros:** Worst PC I have ever owned - and I have owned at least 12

**Cons:** What a nighmare of a machine. I have had Best Buy geeks work on my PC - install new BIOS, etc - to no avail. First and last time I own a Gateway, and last time I buy from Best Buy.

**Summary:** Best Buy knows about all of the problems that exist with these PCs, but they stone wall purchasers by making patches that dont fix the PC instead of just admitting that the PCs are flawed and should be replaced.

○ Reply to this review

○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- 1.0 stars

### "Shuts down no matter what the Geeks replace" by LemonLX68 on August 27, 2009

**Pros:** When it ran it was fast

**Cons:** Bought new in Feb. and after about 3.5 months of service my 6810 starting shutting down, no reboot. Could not keep it running to do a backup. "Black Tie Premium In Home" Geek service plan didn't help. They had it over 6 weeks and it still shut down.

**Summary:** BEWARE - When you buy a Gateway from Best Buy and take out a Geek Premium Black Tie Plan - you are NO LONGER covered by Gateway. GeekSquad now owns your warranty. The Geeks had my new computer for over 6 weeks, (for fan) at their warranty facility. Upon picking up at Best Buy, (I had to bring it in even though I purchased the in - home plan) they would NOT give me a printout of the work that had been done on it. The tower casing looked like it was thrown around in the back room. The computer continues to shut down. In-home service has included replacement of fan(s) AGAIN, motherboard and power supply. I was verbally told the motherboard and video card were replaced when the fan was first replaced at the Geek facility. I have order #s but no printout of repair records. Now I'm sitting here with a non-working computer waiting for the corporate office to call to see if they will replace it.

○ Reply to this review

○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- 1.0 stars

### "Do NOT Buy This PC" by jokewilkins on August 25, 2009

**Pros:** Works great the first month. After that FORGET IT.

**Cons:** Random reboots; 6 USB ports (2 in front 4 in back) 2 of which have to be used for speakers, which only leaves 4.

**Summary:** Started random rebooting after the first month. Spent 2 weeks almost daily on the phone and e-mail exchanges with Gateway (India!!). Most reps could barely speak English; a few times I had to hang up and call back because I could not understand the rep. The last attempt to fix the issue resulted in a complete system crash. I had to send it to Gateway repair in Texas and had to pay shipping, handling and insurance, which was not cheap. Received it back two weeks later minus all my files and software. I could not make a backup because the random reboots happened every 2-3 minutes. Luckily I had most of the files on my old PC. When Gateway returned the PC a week or so later, I reloaded my software and files, which took 2-3 nights working on it a few hours each night to get everything back to the way I wanted it. It worked for a week, now the reboots are starting to happen again. A system restore to the prior week is not working. Gateway's response was asking me what the result was of their repair!!!????? The results is that the repair did not work. Looks like I'm screwed. Never had a Gateway before, and will never buy another one.

○ Reply to this review

- ○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- • prev
- • 1
- • 2
- • 3
- • 4
- • 5
- ○ 6
- ○ 7
- • 8
- • 9
- • next

**11 through 15 of 42 results**

**You are not logged in. Please log in with CNET,** [Login with Facebook], **or create a CNET account.**

**1. Rate this product:** 0 stars (Mouse over the stars to rate this product and click to set your rating.)

**2. One-line summary:** (Summarize your review in one line. 10 characters minimum; required.) **Count: 0 of 55 characters**

**3. Pros:** (Tell us what you like about this product. 10 characters minimum; required.) **Count: 0 of 250**

**characters**

**4. Cons:** (Tell us what you don't like about this product. 10 characters minimum; required.) **Count: 0 of 250**

**characters**

**5. Bottom-line summary:** (Explain to us in detail why you like or dislike the product, focusing your comments on the product's features and functionality, and your experience using the product. This field is optional.)

**Count: 0 of 5000 characters**

The posting of advertisements, profanity, or personal attacks are prohibited. Click here to review our site terms of use.

**Submit**

# Where to buy

Pricing is not available from any of our online merchants.

Ad Info ▾



Special sponsor stores

| Lenovo Desktops | Dell Home | Intel |

Ad info▾



# Compare the Gateway LX 6810-01 to other s

Compare Selected

☐ select



**Gateway SX2801-01e** Starting at $519.99

☐ select



**Gateway SX2840-01**

☐ select



**Gateway DX4831-01e**

☐ select



**HP Pavilion p6510y** Starting at $529.99

## Explore more on cnet

Before you buy
    Editors' top desktops
    Desktop buying guide
    See all desktop reviews

More on desktops
    Desktop blog
    PC troubleshooting tutorials
    Desktop forum
    Security Center Weekly newsletter

Reviews & advice
    Site map
    Editorial policies
    Meet the editors
    How we test
    Forums
    Internet speed test

Popular topics
    Apple iPhone
    Apple iPod
    Cell phones
    CES 2010
    GPS
    LCD TV
    Other popular topics

CNET sites
    CNET Site map
    Video
    Downloads
    News
    Reviews
    Shopper.com

Other CNET sites

More information
- Newsletters
- CNET Mobile
- CNET Widgets
- Customer Help Center
- RSS
- CNET API
- About CNET
- About CBS Interactive

## TOP PRODUCTS FROM TOP BRANDS

- Dell products
  - Home desktops
  - Home notebooks
- Samsung
  - Televisions
  - Mobile Phones
  - Blu-Ray & Home Theater
  - Notebooks
  - Monitors & Printers
  - Cameras & Camcorders
- Intel products
  - Notebooks
  - Desktops
  - Internet Devices
- AT&T products
  - Cell phones
- Acer products
  - Notebooks

- Popular on CBS sites:
- US Open
- PGA Championship
- iPad
- Video Game Reviews
- Cell Phones

- © 2010 CBS Interactive. All rights reserved.
- Privacy Policy
- Terms of Use
- Mobile User Agreement

- Visit other CBS Interactive sites:

Select Site    GO

CNET Reviews

- ○ home
  - ○ reviews
  - ○ news
  - ○ downloads
  - ○ video
- On CBS MoneyWatch: 4 Things You SHOULDN'T Buy at Target
- 
  - ○ log in
  - ○ join CNET

[ Go ]

- Cell Phones
- Camcorders
- Digital Cameras
- Laptops
- TVs
- Car Tech
- All Categories
- Forums

**Nokia phones only from AT&T**

- Home
- Reviews
- Gateway LX 6810-01

Ad Info ▾



- **Product brief**
- **User reviews**
- **Specifications**

# Gateway LX 6810-01 - Page 4

- Share
- Add to my list
- Print
- E-mail
- Yahoo! Buzz

- Like

## User Reviews

- **Average user rating:** 2.5 stars out of 42 reviews <u>Back to product review</u>

- **Rating Breakdown:**
- **5 star:**
  **10/42**
  **10**
- **4 star:**
  **5/42**
  **5**
- **3 star:**
  **4/42**
  **4**
- **2 star:**
  **7/42**
  **7**
- **1 star:**
  **16/42**
  **16**

**My rating:** <u>0 stars</u>

you have not rated this yet

<u>Write review</u>

- Show:
- Full reviews
- <u>Pros Only</u>
- <u>Cons Only</u>

Sort by:  Date

- <u>prev</u>
- <u>1</u>
- <u>2</u>
- <u>3</u>
- <u>4</u>
- <u>5</u>
- <u>6</u>
- <u>7</u>
- <u>8</u>
- <u>9</u>
- <u>next</u>

## 16 through 20 of 42 results

- <u>1.0 stars</u>

<u>**"Fast Computer, but ALWAYS shuts down and restarts!"**</u> **on August 11, 2009**

**Pros:** Quad core, 8gig of ram, 640 Gig HDD, 1gig of video.... It'll do anything! When it runs!

**Cons:** Constantly restarting itself and locking up. I sent back to Gateway 3 times already with NO HELP! There support is horrible. NEVER again will I buy gateway! Best Buy has been of little help either! They have your money and that is all they care.

**Summary:** Horrible, Gateway support is horrid and time consuming beyond belief. They cannot fix the problem yet will not replace the computer. Google the LX-6810 and the word problems or overheating and you'll see what this computer is all about. STAY AWAY! Save your cash!

- ◦ Reply to this review

- ◦ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- • 1.0 stars

### "Power Failures due to over heating after only 2 months" by kelhawk0307 on August 11, 2009

**Pros:** Great power for the price, great video card.

**Cons:** After only 2 months of using, I started experiencing power failures. I would be in the middle of playing World of Warcraft or watching a video and the PC would shut down.

**Summary:** I bought this PC because of several great reviews here at CNet and Best Buy. I wish I kept searching because after two months, the PC would shut down due to overheating issues. I've seen the same type of issues with other users of this model as well. I also think that Gateway is aware of this issue also. After talking with Gateway Support three different times (could hardly understand the support people as they are from India), I need to send the CPU in for repair at my expense. I am going to try running it without that right side panel until I ship it back it Gateway. In a nutshell I WILL NEVER BUY A GATEWAY PC AGAIN. The customer support is not very good and they not solve an overheating problem of this nature unless they install more case fans.

- ◦ Reply to this review

- ◦ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- • 3.0 stars

### "Fairly Fast & Stable BUT has Problems & Not Perfect" by forums123 on August 4, 2009

**Pros:** Speed is fairly quick at times. Has alot of memory which helps with running lots of apps together. Nice Multi-Card Reader, Lots of USB ports. Remote Control is ok.

**Cons:** NOT Fast enough. Old peripherals and software not compatible with 64 Bit Vista OS. No drivers available. Bogs down and runs very slow on occasion. Reboots at Random on Occasion. xD Card reader stopped working after only a month of use.

**Summary:** No Monitor No Wifi. Too many page faults massive memory leaks in various applications. Not as reliable or dependable or as fast as one would have expected Too many page faults massive memory leaks in various applications. I would have been better off buying two emachines $350 core 2 computers with Vista 32. One laptop and one desktop which I have seen selling with a 20" monitor included.

Updated on Aug 4, 2009