I forgot to mention, most of the media center features do not work. Cannot figure out how to get any TV Stations to tune in from the Coax Cable and yes, I do subscribe to comcast Cable Television but I can only manage a scrambled picture. Last Complaint - no support from Gateway.

Updated on Jan 18, 2010

Things that broke on this computer or never worked. NVIDIA Tv Tuner (cannot tune comcast digital or analog channels - nothing), 15-in-1 media card reader broke after 3-4 months of use (now have to use USB cable and external card reader), computer rebooting and shutting down frequently as if on autopilot!) I noticed this problem within a couple months of ownership but recently has gotten so frequent that I cannot run the computer for more than 5 minutes without a crash! It shuts down completely without warning and there is no information logged in any of windows event logs whatsoever, so you are left on your own to figure this out. Gateway support is the worst and I would say its non-existent since they don't know anything and do not have any real solutions except they tell you to do a complete system restore using the gateway restore disk (you wipe your entire drive contents and personal settings!) "Level 2 Tech Support" is $80 for 1st 30 minutes! I WILL NEVER BUY GATEWAY AGAIN!

Updated on Jan 18, 2010

Things that broke on this computer or never worked. NVIDIA Tv Tuner (cannot tune comcast digital or analog channels - nothing), 15-in-1 media card reader broke after 3-4 months of use (now have to use USB cable and external card reader), computer rebooting and shutting down frequently as if on autopilot!) I noticed this problem within a couple months of ownership but recently has gotten so frequent that I cannot run the computer for more than 5 minutes without a crash! It shuts down completely without warning and there is no information logged in any of windows event logs whatsoever, so you are left on your own to figure this out. Gateway support is the worst and I would say its non-existent since they don't know anything and do not have any real solutions except they tell you to do a complete system restore using the gateway restore disk (you wipe your entire drive contents and personal settings!) "Level 2 Tech Support" is $80 for 1st 30 minutes! I WILL NEVER BUY GATEWAY AGAIN!

- ○ Reply to this review

- ○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- ○ 2.0 stars

  "Overheat shut down problem temp fix" by thearkit3kt on July 19, 2009

  Pros: Big chassis, quiet, expandable, pretty cool exterior with slick display for audio controls

  Cons: Had it for 2 months, it overheats, but i got a temp fix - Take the side panel off!

  Summary: I bought this PC 2 months ago for the extra power and expandability. Unfortunately, the thing shuts down after a few minutes. I was pretty surprised of its capbilities when I first got it, games looked great (I have an HP 1920X1080 monitor which helps) and programs and apps ran smoothly. Just 2 weeks ago the thing shuts down after only 20 minutes of use...it progressively got worse, but I opened it up and found that the interior was very hot. But the PC stays on now because the added ventilation by opening the right panel. Im backing up the data and returning it to Best Buy because new computers shouldnt have this problem. Also the front audio push-button panel has stayed open since I bought it. It doesnt close! SO annoying....so I got this Rig just sitting there in the open getting the ventilation. Atleast it works properly. Next time buying from Fry's.

  - ○ Reply to this review

  - ○ Read reply (1)

○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- 1.0 stars

### "Beware: Random Shut Downs!" by nogoalz on July 17, 2009

**Pros:** Starts out as a beast of a machine. Runs great for 3-4 months. A lot of computer for the money!

**Cons:** Begins to randomly shut down. Will only run for a maximum of 30 minutes at a time

**Summary:** The random shutdown problem is a widely known issue with this computer however Gateway refuses to acknowledge it. It is well documented on dozens of websites and forums as well as Gateways own site. I have spent the last week on the phone and chat with Gateway reps in India trying to troubleshoot the problem. They now want me ship my computer to TX for additional troubleshooting. In addition, they advised me to backup my computer before shipping as the repair facility would likely return my machine to factory specs. Duh, I can't get the computer to run for more than 20-30 minutes so how am I supposed to do a backup. Why can't Gateway just admit that this machine has a major design flaw and authorize repair facilities to install case fans to correct the problem? I'll be calling Best Buy today to see about having a fan installed, at my expense!

- ○ Reply to this review

- ○ Read replies (9)

- ○ Was this review helpful? (4) (0)

Report this post Email this post Permalink to this post

- prev
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9
- next

**16 through 20 of 42 results**

You are not logged in. Please log in with CNET, **Login with Facebook**, or create a CNET account.

**1. Rate this product:** 0 stars (Mouse over the stars to rate this product and click to set your rating.)

**2. One-line summary:** (Summarize your review in one line. 10 characters minimum; required.) **Count: 0 of 55 characters**

**3. Pros:** (Tell us what you like about this product. 10 characters minimum; required.) **Count: 0 of 250**

**characters**

**4. Cons:** (Tell us what you don't like about this product. 16 characters minimum; required.) **Count: 0 of 250**

characters

**5. Bottom-line summary:** (Explain to us in detail why you like or dislike the product, focusing your comments on the product's features and functionality, and your experience using the product. This field is optional.)

**Count: 0 of 5000 characters**

The posting of advertisements, profanity, or personal attacks are prohibited. Click here to review our site terms of use.

**Submit**

## Where to buy

Pricing is not available from any of our online merchants.

Ad Info▼



Special sponsor stores

Lenovo Desktops            Intel            Dell Home

Ad Info▼

See what's new in Office 2010        Office

## Compare the Gateway LX 6810-01 to other s

Compare Selected

☐ select



**Gateway SX2801-01e** Starting at $519.99

☐ select



**Gateway SX2840-01**

☐ select



**Gateway DX4831-01e**

☐ select



**HP Pavilion p6510y** Starting at $529.99

## Explore more on cnet

Before you buy
    Editors' top desktops
    Desktop buying guide
    See all desktop reviews

More on desktops
    Desktop blog
    PC troubleshooting tutorials
    Desktop forum
    Security Center Weekly newsletter

Reviews & advice
    Site map
    Editorial policies
    Meet the editors

How we test
Forums
Internet speed test

Popular topics
Apple iPhone
Apple iPod
Cell phones
CES 2010
GPS
LCD TV
Other popular topics

CNET sites
CNET Site map
Video
Downloads
News
Reviews
Shopper.com
Other CNET sites

More information
Newsletters
CNET Mobile
CNET Widgets
Customer Help Center
RSS
CNET API
About CNET
About CBS Interactive

## TOP PRODUCTS FROM TOP BRANDS

- Dell products
  - Home desktops
  - Home notebooks
- Samsung
  - Televisions
  - Mobile Phones
  - Blu-Ray & Home Theater
  - Notebooks
  - Monitors & Printers
  - Cameras & Camcorders
- Intel products
  - Notebooks
  - Desktops
  - Internet Devices
- AT&T products
  - Cell phones
- Acer products
  - Notebooks

- Popular on CBS sites:

- US Open
- PGA Championship
- iPad
- Video Game Reviews
- Cell Phones

- © 2010 CBS Interactive. All rights reserved.
- Privacy Policy
- Terms of Use
- Mobile User Agreement

- Visit other CBS Interactive sites:

Select Site        GO

CNET Reviews

- ○ home
  - ○ reviews
  - ○ news
  - ○ downloads
  - ○ video
- On BNET: One CEO's Burning Man photos on Facebook
- ○
  - ○ log in
  - ○ join CNET

[ Go ]

- • Cell Phones
- • Camcorders
- • Digital Cameras
- • Laptops
- • TVs
- • Car Tech
- • All Categories
- • Forums

**Exclusive LG phones only from AT&T**

- • Home
- • Reviews
- • Gateway LX 6810-01

Ad Info ▾

Want to know what's happening right this moment?

Follow us   @cnet                                                                    CNET News.com

- • **Product brief**

- • **User reviews**

- • **Specifications**

# Gateway LX 6810-01 - Page 5

- • Share
- • Add to my list
- • Print
- • E-mail
- • Like

# User Reviews

- **Average user rating:** 2.5 stars out of 42 reviews Back to product review

- **Rating Breakdown:**
- **5 star:**
  **10/42**
  **10**
- **4 star:**
  **5/42**
  **5**
- **3 star:**
  **4/42**
  **4**
- **2 star:**
  **7/42**
  **7**
- **1 star:**
  **16/42**
  **16**

**My rating:** 0 stars

you have not rated this yet

Write review

- Show:
- Full reviews
- Pros Only
- Cons Only

Sort by:  Date

- prev
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9
- next

**21 through 25 of 42 results**

- 5.0 stars

**"Bought about 4 months ago. It is GREAT for the price."** by Ol-Grizz on July 9, 2009

**Pros:** Speed, ram, 2 open hot swappable drive bays in the front.

**Cons:** Unit does have heat issues that were easily remedied by adding an extra fan in the case. Runs Windows 7 like a dream.

**Summary:** A few days after I picked up teh unit I thought I was going to have some of the same problems people here have listed but found by creating the restore discs and doing a full restore on the unit all of the weird quirks went away. Uninstalling all the bloatware only took me about 20 minutes and didn't cause any issues.

The LCD pannel on the front is amusing and can sometimes be handy but un-needed. The Media access panels on the top and front could use a bit af a redesign on the latching mechanisms but other then a minor annoyance I don't mind them.

SO far no sound issues or any other problems that detract form the fact this thing was less then $800 and blew away everything alse in it's price catagory.

Awesome Machine for the money if you don;t mind doing a little tikering on your own.

- ○ Reply to this review

- ○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- • 0.5 stars

**"breaks down after 2 month."** by notahappycamper on July 9, 2009

**Pros:** nothing is good with this system. Might as well just throw your money into the ocean.

**Cons:** power supply is not fit for the system.
comes with a lot of unnecessary software.
overheats

**Summary:** i bought this computer because cnet gave it such a good review, but no where did they mention the problems with this system. After two months the computer shuts down every time i try to install a new software. I had to reinstall to factory default three times. Now surfing the web causes the computer to shut down randomly. Now I have to send it to the repair center to get it fix, costing me lots of money to send it. Thanks a lot cnet. Now I know to never read your review site again.

- ○ Reply to this review

- ○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- ○ 4.0 stars

**"Very nice system for the money"** by aszure on July 7, 2009

**Pros:** Tons of mem, nice tv card, well designed case, fast cpu

**Cons:** no HDD light, cant shut off the raid, keeping trying to boot to external drives even when bios is set to main hdd. And POOR COOLING

**Summary:** A few minor inconveniences as noted in the cons, but the system is well worth the price. I got mine at CompUSA for $699. I have worked in IT for 10 yrs, so I am very comfortable opening a PC and adding/removing components. This unit came with 1, count em, 1 fan on the CPU and that was it. I was actually a little shocked. However a quick run to CompUSA, and I added 2 case fans, 1 HDD cooler and 1 GPU cooler. The temps went WAY down, and things have stayed nice and cool. If you get this, make sure you do not leave without extra fans. Put em in yourself, or have the guy at the store do it, but do not take this without extra cooling.

- ○ Reply to this review

Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- 1.0 stars

### "Random Shutdowns!" by alexmanini on July 6, 2009

**Pros:** Fast (until it starts randomly shutting down).

**Cons:** After about 3 months it started doing random shutdowns.

**Summary:** After weeks troubleshooting, it appears to be a design flaw that the LX6810 machine runs too hot, my MPC was 102 degrees Celsius! After installing two extra internal fans the machine runs cooler (for now). Painful and not worth the suffering. I recommend buying any one of the competitors' models with similar speed/capacity/pricing.

- Reply to this review
- Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- 1.5 stars

### "very disappointed with support" by mledrington on June 26, 2009

**Pros:** at first it was great, very efficient

**Cons:** poor support 1 month after owning the computer started having problems, have had 3 separate major issues and then "I" have to pay to send it to Gateway for repairs for a computer that is 4 months old!!

**Summary:** I have been a very loyal cusomter of Gateway's since 1995 (8 computers purchased from them). In February 2008 I purchased 3 computers from Gateway...This computer and the Gateway FX laptop had to be sent to Gateway for repairs (at my expense)...I will never purchase a Gateway computer again and will encourage all of my friends to do the same.

- Reply to this review
- Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- prev
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9
- next

**21 through 25 of 42 results**

You are not logged in. Please log in with CNET, , or create a CNET account.

**1. Rate this product:** 0 stars (Mouse over the stars to rate this product and click to set your rating.)

**2. One-line summary:** (Summarize your review in one line. 10 characters minimum; required.) **Count: 0 of 55 characters**

**3. Pros:** (Tell us what you like about this product. 10 characters minimum; required.) **Count: 0 of 250**

**characters**

**4. Cons:** (Tell us what you don't like about this product. 10 characters minimum; required.) **Count: 0 of 250**

**characters**

**5. Bottom-line summary:** (Explain to us in detail why you like or dislike the product, focusing your comments on the product's features and functionality, and your experience using the product. This field is optional.)

**Count: 0 of 5000 characters**

The posting of advertisements, profanity, or personal attacks are prohibited. Click here to review our site terms of use.

**Submit**

# Where to buy

Pricing is not available from any of our online merchants.

Ad Info▾

Register for a chance to win $5 million

*super*guarantee

Register Now

Special sponsor stores

Intel    Lenovo Desktops    Dell Home

Ad Info▾

Se why it's free in Office 2010   🖳Office

## Compare the Gateway LX 6810-01 to other s

Compare Selected

☐ select



**Gateway SX2801-01e** Starting at $519.99

☐ select



**Gateway SX2840-01**

☐ select



**Gateway DX4831-01e**

☐ select



**HP Pavilion p6510y** Starting at $529.99

## Explore more on cnet

Before you buy
   Editors' top desktops
   Desktop buying guide

See all desktop reviews

More on desktops
  Desktop blog
  PC troubleshooting tutorials
  Desktop forum
  Security Center Weekly newsletter

Reviews & advice
  Site map
  Editorial policies
  Meet the editors
  How we test
  Forums
  Internet speed test

Popular topics
  Apple iPhone
  Apple iPod
  Cell phones
  CES 2010
  GPS
  LCD TV
  Other popular topics

CNET sites
  CNET Site map
  Video
  Downloads
  News
  Reviews
  Shopper.com
  Other CNET sites

More information
  Newsletters
  CNET Mobile
  CNET Widgets
  Customer Help Center
  RSS
  CNET API
  About CNET
  About CBS Interactive

TOP PRODUCTS FROM TOP BRANDS

- Dell products
  ◦ Home desktops
  ◦ Home notebooks
- Samsung
  ◦ Televisions
  ◦ Mobile Phones
  ◦ Blu-Ray & Home Theater
  ◦ Notebooks

- Monitors & Printers
  - Cameras & Camcorders
- Intel products
  - Notebooks
  - Desktops
  - Internet Devices
- AT&T products
  - Cell phones
- Acer products
  - Notebooks

- Popular on CBS sites:
- US Open
- PGA Championship
- iPad
- Video Game Reviews
- Cell Phones

- © 2010 CBS Interactive. All rights reserved.
- Privacy Policy
- Terms of Use
- Mobile User Agreement

- Visit other CBS Interactive sites:

Select Site        GO

CNET Reviews

- ○ home
- ○ reviews
- ○ news
- ○ downloads
- ○ video
- On TechRepublic: Top 10 Windows 7 desktop gadgets
- ○
  - ○ log in
  - ○ join CNET

Go

- Cell Phones
- Camcorders
- Digital Cameras
- Laptops
- TVs
- Car Tech
- All Categories
- Forums

**Exclusive LG phones only from AT&T**

- Home
- Reviews
- Gateway LX 6810-01



Ad Info ▾
TV + INTERNET + PHONE   $139⁹⁹ a month   Save $251 a year. 2 HD DVR Boxes. Showtime included.   TIME WARNER CABLE THE POWER OF YOU   Get it now

- **Product brief**

- **User reviews**

- **Specifications**

# Gateway LX 6810-01 - Page 6

- Share
- Add to my list
- Print
- E-mail
- Yahoo! Buzz

**Like**

## User Reviews

- **Average user rating:** 2.5 stars out of 42 reviews Back to product review

- **Rating Breakdown:**
- **5 star:**
  **10/42**
  **10**
- **4 star:**
  **5/42**
  **5**
- **3 star:**
  **4/42**
  **4**
- **2 star:**
  **7/42**
  **7**
- **1 star:**
  **16/42**
  **16**

**My rating:** 0 stars

you have not rated this yet

Write review

- Show:
- Full reviews
- Pros Only
- Cons Only

Sort by:  Date

- prev
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9
- next

**26 through 30 of 42 results**

- 4.0 stars

### "LOVE MINE NEVER HAD ANY PROBLEM" by stevescar11 on June 12, 2009

**Pros:** speed speed speed does every thing i need and much more.

**Cons:** TV card does not pick up weak Channels and its a fingerprint magnet but other than  that nothing

**Summary:** I am not sure about some of the problems listed here i have one and my folks liked my PC so much they picked up one and they just can't say enough good stuff about this PC great bang for the buck.

- ○ Reply to this review

- ○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- • 2.5 stars

"fast and pretty but unreliable" by prosperspapa on June 11, 2009

**Pros:** fast,good graphics capability,and sleak design case

**Cons:** video card crashed 1 week after i bought the system.now 3 months later the new system keeps crashing and had to get another video card.put the 9800gt in it.still shuts down and i think its overheating .only stays running with side panel off

**Summary:** payed about $1300 for the whole system,but i think im gonna go to alianware to get more for my money.this is not a gaming machine.i hate when a system crashes in middle game.

- ○ Reply to this review

- ○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- ○ 1.5 stars

"I really WANT to like this machine but..." by alan_usa on May 31, 2009

**Pros:** Fast as advertised for the price WHEN it works. Love the graphics card. I'm only the lightest gamer so the graphics more than suit my needs.

**Cons:** I've had it for two days and have seen more BSOD's and Freezes than I've seen of my desktop. Can't boot it with some USB devices attached. RAM is maxed out so you're hamstrung with regard to upgrade. For this price, however, this is expected.

**Summary:** Not sure if the problems I'm having are simply Vista-related or this system's architecture. The jury is still out on whether I return this machine or not. If I can get the drivers updated and eliminate the Vista quirks I might be able to give this PC a thorough run-through. The BSOD's I've run into are "uncorrectable hardware" errors and a "clock interrupt was not received on a secondary processor with the allocated time interval." That leads me to believe that some of the issues I'm having point to hardware. Rather than deal with Gateway support, I'll simply take the machine back if updated drivers don't solve the problems I'm having. I'm really disapointed in Gateway. I had a Gateway some years back but jumped over to Dell. 5 years of Dell and I thought I'd give Gateway another try....indications are I might be returning to Dell. If I can solve these issues, I'll re-rate. But for now, Poor is generous. There's no reason why I should be spending all of this time trying to solve problems that should be solved before they're shipped.

- ○ Reply to this review

- ○ Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- 0.5 stars

**"Best Buy/Gateway selling defective computers."** by pogeybait09 on May 19, 2009

**Pros:** Who knows? Computers (yes, plural) didn't work out of box.

**Cons:** Two computers failed to work out of box. Avoid this model.

**Summary:** Today I purchased this Gateway desktop after reading a good review here on cnet.com. The first computer failed to start - it just stalls on the Windows loading screen. After a lengthy call to tech support, they eventually advised me to return the computer. Lightening strikes twice! My replacement computer failed at the exact same place. Tech support now advises that the computer software was "loaded incorrectly" during manufacture. How convenient. The second computer will go back tomorrow and you can be sure I won't be coming home with a Gateway. What a WASTE OF TIME.

  - Reply to this review

  - Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- 2.5 stars

**"3rd try is a charm..."** by thegr8dave on May 8, 2009

**Pros:** Great system, 8gigs ram, quad processor... ok size hard drive and good graphics card

**Cons:** I have had two fail around the 2nd or 3rd day.

**Summary:** It looks like a great system on paper... But have had two die on me after just two or 3 days. Not like I am asking for it to do much just Office and Adobe Photoshop. So I hope that the 3rd try is a charm or what I have is just an ugly paper weight.

  - Reply to this review

  - Was this review helpful? (0) (0)

Report this post Email this post Permalink to this post

- prev
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9
- next

**26 through 30 of 42 results**

**You are not logged in. Please log in with CNET, [ Login with Facebook ], or create a CNET account.**

**1. Rate this product:** 0 stars (Mouse over the stars to rate this product and click to set your rating.)

**2. One-line summary:** (Summarize your review in one line. 10 characters minimum; required.) **Count: 0 of 55 characters**

**3. Pros:** (Tell us what you like about this product. 10 characters minimum; required.) **Count: 0 of 250**

**characters**

**4. Cons:** (Tell us what you don't like about this product. 10 characters minimum; required.) **Count: 0 of 250**

**characters**

**5. Bottom-line summary:** (Explain to us in detail why you like or dislike the product, focusing your comments on the product's features and functionality, and your experience using the product. This field is optional.)

**Count: 0 of 5000 characters**

The posting of advertisements, profanity, or personal attacks are prohibited. Click here to review our site terms of use.

**Submit**

## Where to buy

Pricing is not available from any of our online merchants.

Ad Info▾



Special sponsor stores

| Dell Home | Intel | Lenovo Desktops |
| --- | --- | --- |

Ad Info▾



Explore Thinkpad on CNET Now
Reliable and priced right

## Compare the Gateway LX 6810-01 to other

Compare Selected

☐ select



**Gateway SX2801-01e** Starting at $519.99

☐ select



**Gateway SX2840-01**

☐ select



**Gateway DX4831-01e**

☐ select



**HP Pavilion p6510y** Starting at $529.99

## Explore more on cnet

Before you buy
    Editors' top desktops
    Desktop buying guide
    See all desktop reviews

More on desktops
    Desktop blog
    PC troubleshooting tutorials

Desktop forum
Security Center Weekly newsletter

Reviews & advice
Site map
Editorial policies
Meet the editors
How we test
Forums
Internet speed test

Popular topics
Apple iPhone
Apple iPod
Cell phones
CES 2010
GPS
LCD TV
Other popular topics

CNET sites
CNET Site map
Video
Downloads
News
Reviews
Shopper.com
Other CNET sites

More information
Newsletters
CNET Mobile
CNET Widgets
Customer Help Center
RSS
CNET API
About CNET
About CBS Interactive

TOP PRODUCTS FROM TOP BRANDS

- Dell products
  - Home desktops
  - Home notebooks
- Samsung
  - Televisions
  - Mobile Phones
  - Blu-Ray & Home Theater
  - Notebooks
  - Monitors & Printers
  - Cameras & Camcorders
- Intel products
  - Notebooks
  - Desktops

- Internet Devices
  - AT&T products
    - Cell phones
  - Acer products
    - Notebooks

- Popular on CBS sites:
- US Open
- PGA Championship
- iPad
- Video Game Reviews
- Cell Phones

- © 2010 CBS Interactive. All rights reserved.
- Privacy Policy
- Terms of Use
- Mobile User Agreement

- Visit other CBS Interactive sites:

Select Site        GO

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am a resident of and employed in the county where the service described below occurred. My business address is 3731 Wilshire Blvd., Suite 600, Los Angeles CA 90010.

I certify that on February 9, 2011, I electronically transmitted the attached document, including exhibits, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to the following CM/ECF registrants:

Paul F. Rafferty, Esq.
Eric M. Kennedy, Esq.
JONES DAY
3161 Michelson Drive, Suite 800, Irvine CA 92612
Tel: 949-851-3939
Fax: 949-553-7539
*Counsel for Defendant Gateway, Inc.*

Kent Kraushaar

CONSOLIDATED CLASS ACTION COMPLAINT