JS-6

Paul F. Rafferty (State Bar No. 132266)
pfrafferty@jonesday.com
Eric M. Kennedy (Bar No. 228393)
emkennedy@jonesday.com
Rhianna S. Hughes (Bar No. 266396)
rhughes@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
GATEWAY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GATEWAY LX6810 COMPUTER PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. SACV10-1563 JST (JEMx)<br><br>Assigned for all purposes to Hon. Josephine Staton Tucker<br><br>CLASS ACTION<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Compl. Filed:  Oct. 14, 2010<br>Con. Compl. Filed:  Feb. 9, 2011 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER:**

Pursuant to the stipulation of the parties in the above-captioned matter, this matter shall be dismissed with prejudice and each of the parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  <u>December 22, 2011</u>

_____
Honorable Josephine Staton Tucker
United States District Court Judge